UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ebipamone N. Nanakumo (Pro Se)
On behalf of Himself and All of Humanity
(Plaintiff)    Docket Number: <u>1:23-CV-00314-UA</u>

Against

New York City Health & Hospitals Corporation, Hon. Eric Adams, Mayor of New York City, Hon. Kathy Hochul, Governor of New York State, Hon. Joseph Biden, President of the United States of America, and the World Economic Forum* (United Nations, World Health Organization, Rockefeller Foundation, Bill & Melinda Gates Foundation, Open Society, European Union, Vatican City, Klaus Schwab, Yuval Noah Harari, Bill Gates, George Soros, Pope Francis, Barack Obama, Ursula von der Leyen, Emmanuel Macron, Boris Johnson, Justin Trudeau, Scott Morrison, Anthony Albanese, Dr. Tedros Ghebreyesus, Dr. Francis Collins, Dr. Anthony Fauci, Dr. Peter Daszak, etcetera)

(Defendants)

EMPLOYMENT DISCRIMINATION COMPLAINT
AND COMPLAINT OF CRIMES AGAINST HUMANITY

I, Ebipamone N. Nanakumo (Plaintiff), am a naturalized citizen of the United States of America and a medical doctor by professional training certified by the Educational Commission for Foreign Medical Graduates (ECFMG); having passed Steps 1 & 2 of the United States Medical Licensing Examination (USMLE) in 1995. I also passed the Maryland State Medical Board License Examination (United States Medical Licensing Examination Step 3), in 1996. My employment with the New York City Health & Hospitals Corporation started on the 3rd of April 2006 with the title and position of Assistant Director of the Utilization Management Department of Lincoln Hospital which remained unchanged because I was being marginalized and victimized and so my last title and position remained Assistant Director; however, I functioned in full capacity as the Director of the Utilization Management Department of Lincoln Hospital with effect from January 1, 2020, albeit in acting capacity.

**Predicated upon the New York State Vaccine Mandate for Healthcare Workers promulgated by an Executive Order of the Governor of New York State, initially by Governor Andrew Cuomo and subsequently updated and rendered much more stringent, ultra vires and egregiously unconstitutional by Governor Kathy Hochul, in concert with the Vaccine Mandate(s) of the Government of the United States led by <u>Joseph Biden acting in conspiratorial consonance with the absolutely illegitimate World Economic Forum</u> with utter treasonous subversion of the Sovereignty and Constitution of the United States, in furtherance of the World Economic Forum's Global Depopulation and Humanicidal Agenda of Mandatory Universal Vaccination with deadly human gene-editing and gene-perverting Messenger RNA Pseudo Vaccines, my employer, NYC Health & Hospitals Corporation, denied me Religious Exemption from COVID Vaccination and placed me on leave of absence without pay with effect from the 27th of September 2021 on the patently**

**false and untenable <u>sole basis</u> that the presence of unvaccinated staff at the System work locations poses an undue burden and direct threat to staff and patients**! The Defendants decided prejudicially beforehand that they will not grant Religious Exemption and then instituted a hollow Religious Exemption Process with a predetermined outcome, in effect, pretending to be complying with the constitutionally mandated process but actually subverting it! On 09/13/2021, I submitted a Religious Exemption Request to decline the COVID-19 Vaccines which **are created using aborted fetal cells/tissues and are human gene-editing and gene-perverting Messenger RNA** bioengineering modules with Body-Computer-Interfaces possessing the technological capability and capacity to hack and control humans electronically through **Artificial Intelligence and perverse bioengineering of the human genome** with the unthinkably satanic goal to rob humanity of our humanhood, personhood, freewill, human dignity and all our other inalienable God-given fundamental human rights and freedoms!!! Moreover, since the COVID-19 Vaccines **are created using aborted fetal cells/tissues,** it will be an egregious violation of my Christian Faith and Conscience to receive these or other similarly produced vaccines because receiving the vaccines will make me an accomplice to the Cardinal Sin of aborting/killing the innocent unborn children whose fetal tissues or cells were used to manufacture the vaccines. Without question, it is absolutely against my Christian religion to inject these vaccines into our bodies! My body is a temple of God, which must be kept holy for the indwelling of the Holy Spirit (of God); it is therefore sacred and must not be perverted or violated!! Accordingly, I chose not to receive the COVID Vaccine(s) because of **my sincerely held religious beliefs**. The Defendants violated my sincerely held Christian religious beliefs so egregiously. Importantly, the Vaccine Mandate allowed for Medical Exemption but did not allow for Religious Exemption as a matter of strict policy as per the orders of the Governor of New York State. Allowing for Medical Exemption and concomitantly disallowing Religious Exemption is stark Religious Discrimination; it is sheer prejudice against people with sincerely held religious beliefs!

The risk of spreading COVID only arises with a person who has the COVID virus. Unvaccinated staff without COVID poses no danger to anyone (vaccinated or unvaccinated)! Importantly, the CDC and the whole world have long acknowledged that the vaccines do not prevent COVID-19 infection or transmission and that vaccinated people have at least the same level of risk of contracting and transmitting COVID-19!!! Ipso facto, the COVID Vaccine offers no protection whatsoever against the coronavirus!!! Testing ensures that both vaccinated and unvaccinated staff must test negative in order to be at work and all COVID-positive staff are quarantined. Thus, Discriminatory Denial of Employment Right to unvaccinated staff, when vaccinated and unvaccinated staff pose the same degree of burden and threat to the System, is sheer Scapegoating and Employment Discrimination against unvaccinated staff. Interestingly and ironically, data from around the world show that the new **<u>Omicron variant of COVID-19</u>** infects <u>fully vaccinated people predominantly and overwhelmingly</u>! In other words, vaccinated people have a far greater (up to tenfold) risk of contracting and transmitting the Omicron variant of COVID-19 and dying from it than unvaccinated people!! This clearly demonstrates that the COVID-19 Pandemic has long become the **<u>Pandemic of the Vaccinated</u>** and eviscerates the brazen and outrageous lie being spewed by the **<u>Liars-In-Chief</u>** that it is the Pandemic of the Unvaccinated!! Consequently, Discriminatory Denial of Employment Right to unvaccinated staff, **when vaccinated staff <u>paradoxically</u> pose a significantly greater degree of burden and threat to the System than unvaccinated staff, is obnoxious travesty and perversion of justice and fairness!!!**

**CONTRIVED PANDEMIC: PANDEMIC OF LIES: THE GREAT RESET**

It is **not a conspiracy theory** but an incontestable fact that the Coronavirus Pandemic was contrived by the **self-appointed Global Elites** in collaboration with **top scientists** in the United States National Institute of Health and the Chinese Wuhan Institute of Virology to tyrannically impose and enforce global mandatory vaccination with preplanned bio-genetically engineered Messenger RNA Vaccines and Vaccine Passports to launch their much-hyped **Great Reset** of the world's economy (New World Order) that includes a radical **World Depopulation Agenda** as one of its cardinal facets!! The **man-made Satanic Global Coronavirus Pandemic Plan** is articulated in great detail with outstanding precision in **Operation Lockstep** published by the Rockefeller Foundation in 2010!! Please also check the web link: transcript-the-covid-plan_rockefeller-lockstep-2010.pdf (wordpress.com). The **first Great Lie and Deception** they spewed was that COVID-19 was a novel (new) coronavirus! It has since been confirmed (proven) that this is an absolute lie! It has been established conclusively that the COVID-19 Coronavirus was sinisterly created by adding a **synthetic spike protein** in a Gain of Function Research to transform a preexisting hitherto harmless and non-human-transmissible Coronavirus to become transmissible to humans with subsequent potentiation to be able to cause thrombosis (blood clots) in human lungs and thus become very lethal to humans!!! The **second Great Lie and Deception** they spewed was that the COVID-19 Pandemic arose naturally and spontaneously from bats that naturally carry the coronavirus! A treasure trove of emails, documents and videos available to the general public have revealed and established that Dr. Francis Collins and Dr. Anthony Fauci have lied repeatedly and shamelessly about the Coronavirus Pandemic!! Please see the following referenced and cited reports/publications: https://www.thegatewaypundit.com/2021/10/explosive-video-emerges-fauci-hhs-officials-plotting-new-avian-flu-virus-enforce-universal-flu-vaccination-video/ and Dr. Andrew G. Huff's book preview: The Truth about Wuhan: How I Uncovered the Biggest Lie in History: Huff, Dr. Andrew G.: 9781510773882: Amazon.com: Books.

**THE TOXICITY AND LETHALITY OF THE COVID (MRNA) VACCINES**

The **Synthetic Spike Protein** of the mRNA Vaccines has been irrefutably proven to be directly very toxic to human cells, tissues and organs besides evoking cardiovascular (blood vessel wall) **endotheliitis and myocarditis** that inevitably activates the cascade of intravascular thrombosis (blood clot formation) and end-organ infarction and failure such as myocardial infarction (heart attack), cerebrovascular infarction (stroke), deep venous thrombosis, pulmonary embolism, neural paralysis and autonomic dysfunction (neuropathy) that often result in death. https://worthypolitics.com/must-watch-you-wont-see-this-on-msm-huge-breaking-exclusive-they-told-me-to-keep-it-quiet-nba-player-got-blood-clot-from-covid-vaccine-that-might-end-his-entire-career/. Additionally, the COVID Vaccines are known to contain Graphene Oxide, Polyethylene Glycol and other nanoparticles that are toxic to humans. The Vaccine Adverse Event Reporting System (VAERS) itself has acknowledged more than forty three thousand (43,000) deaths directly caused by the COVID Vaccines. Critics argue credibly that the actual death count is at least ten times that amount as the CDC does not consider a person to be vaccinated until two weeks after the person is inoculated with the vaccine; hence, deaths occurring within the first two weeks of vaccination may have been largely discounted! Additionally, the Vaccine Adverse Event Reporting System (VAERS) is grossly undercounting

the Vaccine Deaths as many Doctors have complained that the System does not allow them to report deaths or other adverse events. Additionally, whistleblowers have reported that hospitals are preventing (clamping down on) healthcare workers from reporting adverse events in order to promote the vaccines! There are also credible reports that the names of thousands of people who have died from the vaccines have been systematically deleted from the Vaccine Adverse Event Reporting System (VAERS) in order to limit the death count to be within acceptable limits.

Furthermore, the Synthetic Spike Protein of the mRNA Vaccines also evokes debilitating adverse auto-immunologic response as the body's natural immune system recognizes it as an antigen (a toxic foreign substance) and produces antibodies to destroy it; thereby causing collateral damage to the body's own cells, tissues and organs to which the Synthetic Spike Protein of the mRNA Vaccines attaches ubiquitously.

**THE PRINCIPLES OF UBERRIMAE FIDEI AND LEGITIMATE EXPECTATION**

NYC Health + Hospitals System is obligated to act in utmost good faith and with sincerity of purpose in respect of the constitutionally mandated Religious Exemption Program. The Religious Exemption Program was not instituted to determine if the presence of unvaccinated staff at System work locations poses an undue burden and a direct threat to System staff and patients. Rather, utmost good faith and sincerity of purpose demand and require that it must be instituted to grant Religious Exemption to all staff who submit sincere religious claims, beliefs or grounds for requesting Religious Exemption for COVID-19 Vaccination. Religious belief is extremely personal; it is between an individual and God; neither the state nor anyone else should interfere with an individual's religious belief that intends no harm to others in society. Religious Freedom is a constitutionally protected inalienable God-given right which the System has no legitimate power or authority to deny or subvert. Accordingly, any System employee that submitted the required formal request for Religious Exemption had (and still has) a Legitimate Expectation that the Religious Exemption Request will be approved! It would be wrong and illegitimate for the System to decide prejudicially beforehand that it will not grant Religious Exemption and then institute **a hollow Religious Exemption Program with a predetermined outcome**, in effect, pretending to be complying with the constitutionally mandated process but actually subverting it! Such hollow Religious Exemption Program violates the noble principles of Uberrimae Fidei and Legitimate Expectation and will not stand the test of fair judicial scrutiny. Please refer to the ruling of United States Federal Judge David Hurd issued on the 12th of October 2021 to the effect that Religious Exemptions to Vaccine Mandate must be allowed for all New York State healthcare workers: https://www.westernjournal.com/federal-judge-rules-religious-exemptions-vaccine-mandates-must-allowed/.

**NONCOMPLIANCE WITH FEDERAL JUDGE'S ORDER OF SUSPENSION OF NEW YORK STATE VACCINE MANDATE FOR NEW YORK STATE HEALTHCARE WORKERS: FLAGRANT VIOLATION OF THE RIGHT OF NEW YORK STATE HEALTHCARE WORKERS TO THEIR EMPLOYMENT AND INCOME**

On the 14th of September 2021, United States Federal Judge David Hurd issued a Court Order of Suspension of the implementation of the New York State Vaccine Mandate for New York State Healthcare Workers until the outcome of a court hearing he scheduled for the 28th of September 2021. In flagrant and atrocious violation of the Court Order, the NYC Health + Hospitals

System, in an email addressed to employees dated the 23rd of September 2021, willfully, unlawfully and malevolently placed unvaccinated employees on **involuntary leave of absence without pay**; thereby violating and robbing them of their rights to employment and due process; aggravated by the extremely draconian and malevolent policy of the governor and government of New York State to deny unemployment benefits to all such victimized New York State healthcare workers!! The New York State Government and the NYC Health + Hospitals System are undeniably culpable and thus inescapably liable to provide restitution to all such victimized New York State healthcare workers in this regard! Please refer to the following web link: Judge blocks medical worker vaccine mandate in NY state (apnews.com).

### GRAND CRIMINAL HUMANICIDAL CONSPIRACY

Doctors and nurses must not sell their consciences and souls to become accomplices to the perpetration of this **unfolding utterly heinous and unconscionable crime against humanity**!!! My beloved NYC Health + Hospitals System must not sacrifice its reputation or abandon its sacred obligation to protect the inalienable God-given fundamental human rights of every person to **Medical Freedom and Free and Informed Consent** at the **altar of expediency** to enforce the utterly draconian and obnoxious COVID Vaccine Mandate and thereby become a willing accomplice to the perpetration of this **unfolding utterly heinous and unconscionable multifaceted crime against humanity**!!! This is the most important human rights issue of all time!!! I therefore call upon all medical doctors, nurses and other healthcare workers and all Healthcare Systems like NYC Health + Hospitals to withdraw their support for the COVID Vaccine Mandate and **rise up**, like Dr. Peter McCullough and several other noble doctors and healthcare professionals and scientists, with **utmost righteous indignation** against the great evil and humanicidal medical catastrophe being perpetrated against humanity!! Please refer to the following web link for Dr. Peter A. McCullough's full Speech to the American Association of Physicians and Surgeons on the 2nd of October 2021: https://rumble.com/vnbv86-winning-the-war-against-therapeutic-nihilism-and-trusted-treatments-vs-unte.html. Please also refer to the following web link: https://www.theblaze.com/op-ed/horowitz-dr-mccullough-testifies-in-court-that-cms-data-potentially-signal-much-higher-vaccine-death-toll.

Given that it is universally established science that the COVID Vaccines neither protect vaccinated people from contracting COVID-19 nor prevent them from transmitting Coronavirus to others (whether vaccinated or unvaccinated), **COVID Vaccine Mandate** is utterly **anti-science, anti-medicine, anti-healthcare, anti-human, anti-freedom, tyrannical, illogical, nonsensical, insane, evil and satanic**; especially in the face of **proven safe and effective alternative treatments** for COVID-19 and the high survivability rate of about 99.7% for COVID-19; in the context of the fact that the **COVID Vaccines** have been proven incontrovertibly to have unacceptable very harmful and lethal effects**!!!** It would be stupendous and unpardonable foolishness and stupidity for anyone to acquiesce to be inoculated with the COVID Vaccine that offers him no protection whatsoever from being infected with the ever mutating Coronavirus but instead afflicts him with an undesirable significant perpetual predisposition to endotheliitis, myocarditis, pericarditis, myocardial infarction (heart attack), intravascular thrombosis with end-organ infarction and failure, cerebrovascular infarction (stroke), deep venous thrombosis, pulmonary embolism, neural paralysis, autonomic dysfunction (neuropathy), autoimmune disease, thrombocytopenia, immunodeficiency, malignant neoplasms (cancers) and death!!

If the COVID Vaccines are effective at preventing vaccinated people from getting infected with the coronavirus why then do the vaccinated people, who are supposedly immune (protected) against the coronavirus by virtue of the COVID Vaccines, need to be protected from the unvaccinated people??!! It does not make any sense! With the predominance of the Omicron COVID-19 Variant, hospitals are now requesting and requiring COVID-19 infected and positive COVID-vaccinated nurses and other healthcare workers to stay on the job to alleviate severe staff shortages while concomitantly and ironically refusing to allow unvaccinated healthcare workers who are not infected with the coronavirus to return to work. The **coronavirus-infected vaccinated healthcare workers** are actively spreading the coronavirus to patients and other hospital staff and thereby propagating and prolonging the coronavirus pandemic whereas the sidelined and terminated unvaccinated healthcare workers who are not infected with the coronavirus pose no danger whatsoever to patients and other hospital staff!! This policy is absolutely insane, absurd, counterproductive and unacceptable!!! It does not make any sense whatsoever!!!

**There is therefore absolutely no legitimate scientific, medical, epidemiological or public health basis or benefit to mandate the COVID Vaccines!!!**

The mandating of the utterly ineffective, harmful and deadly experimental Messenger RNA Vaccines on the defenseless general public with concomitant guarantee of **absolute indemnity** for the manufacturers against liability for any and all injuries and deaths the vaccines may cause, along with the extremely concerted and high-handed suppression of the availability and use of very safe, effective and affordable life-saving therapeutics like Hydroxychloroquine and Ivermectin **in order to corruptly promote Big Pharma's very harmful and often deadly COVID Vaccines** that has caused millions of otherwise avoidable COVID-19 deaths, is proof of the existence of an **unconscionable Grand Criminal Humanicidal Conspiracy by the culpable self-anointed Global Elites to decimate and exterminate the global human population!!!**

**FATALLY FLAWED RESPONDENT STATEMENT TO EEOC COMPLAINT**

In its **Respondent Statement** in respect of my EEOC Complaint of Employment (Religious) Discrimination Complaint Number 520-2022-01105 (filed on the 15th of June 2022), the First Defendant (NYC Health & Hospitals Corporation) submitted principally as follows:

"As a threshold matter, Respondent asserts that the entirety of Charging Party's claims are not supported by the law regarding either vaccine mandates or the facts concerning Respondent's evaluation of his requests for exemption therefrom. **In fact, Charging Party's request for exemption from the New York State Healthcare Workers Vaccine Mandate on a religious basis was <u>granted</u> and he was provided a <u>reasonable accommodation</u> for 60 days.** All of Respondent's actions concerning Charging Party's requests were, and are still, supported by legitimate, non-discriminatory, business and safety reasons." An adapted **excerpt from my apt Rebuttal of Respondent's Position Statement** is hereby reproduced below:

The above-stated submission of the Defendant **is fatally flawed and fatally contradictory and thus irredeemably fatal** to Defendant's Defense against the Charge in **five ramifications!!**

**Firstly,** Defendant asserts and claims that I, the Plaintiff, was granted Religious Exemption from **the New York State Healthcare Workers Vaccine Mandate** by the Defendant. If this were true, Defendant would have allowed me to work with **reasonable accommodation** instead of placing me on an involuntary Leave of Absence without Pay and subsequently terminating my employment!! **Religious Exemption**, which Defendant claims to have granted me, **is for the express purpose of exempting me from the requirement** of receiving the COVID Vaccine as **a condition of continued or continuing employment!** In essence and effect, my Religious Exemption grants me **absolute immunity** against being placed on an involuntary Leave of Absence without Pay and/or being terminated from my employment!! Defendant must not be allowed proverbially **"to eat its cake and have it back"!!!**

By definition, <u>a reasonable accommodation is an adjustment made in a system to accommodate or make fair the same system for an individual based on a proven need</u>. **That need can vary. Accommodations can be <u>religious</u>, physical, mental or emotional, academic, physical, or employment related and are often mandated by law.** Suspension of employment by means of involuntary Leave of Absence without Pay and termination of employment are absolutely not forms or measures of Reasonable Accommodation!! Discontinuation of Employment **absolutely negates** Reasonable Accommodation! Discontinuation of Employment and Reasonable Accommodation are mutually exclusive! It is extremely contradictory, illogical, absurd, untenable and **unlawful** for Defendant (employer) to claim to have provided reasonable accommodation to the Plaintiff (employee of Defendant) while having concomitantly **refused or failed** insistently to **provide reasonable accommodation** to the Plaintiff (employee of Defendant) for him (me) to continue to work and continue to be employed without involuntary interruption or discontinuation of employment being instituted by Defendant (employer)! **Reasonable Accommodation must of necessity guarantee continuity of employment!** Interruption of Employment either by means of involuntary Leave of Absence without Pay or by termination of employment egregiously subverts, violates and vitiates the legally and constitutionally mandated principle and practice of Reasonable Accommodation!! Suspension or termination of employment is **categorically** incongruous, inconsistent, and incompatible with **Reasonable Accommodation.** Reasonable Accommodation and Discontinuation of Employment are in **diametric opposition** to each other and thus **irreconcilable** with each other. Termination of employment or suspension of employment by means of involuntary Leave of Absence without Pay is the very **antithesis of Reasonable Accommodation!!** It would be wrong and illegitimate for Defendant to decide prejudicially beforehand that it will not grant Religious Exemption and then institute **a hollow Religious Exemption Program with a predetermined outcome**, in effect, pretending to be complying with the constitutionally mandated process but actually subverting it! Such hollow Religious Exemption Program violates the noble principles of Uberrimae Fidei and Legitimate Expectation and will thus not stand the test of **<u>fair, impartial and incorrupt judicial scrutiny</u>**.

For the record, the following excerpt from the publication titled: "The EEOC Updates Guidance Clarifying Mandatory COVID-19 Vaccinations Are Permitted Under Federal Law, Subject to "Reasonable Accommodations" and "Direct Threat" Assessments, and Allowing Employers to Provide Employees with Incentives for Vaccinations", aptly clarifies that the United States Equal Employment Opportunity (EEOC) guidelines stipulate and specify acceptable **Reasonable Accommodations** for unvaccinated employees as follows:

"In some circumstances, Title VII and the ADA require an employer to provide reasonable accommodations for employees who, because of a disability or **a sincerely held religious belief**, practice, or observance, do not get vaccinated for COVID-19, unless providing an accommodation **would pose an undue hardship** on the operation of the employer's business. Examples of a reasonable accommodation for an unvaccinated employee entering the workplace include:

1. Wearing a face mask;
2. Working at a social distance from coworkers or non-employees;
3. Working a modified shift;
4. **Getting periodic tests** for **COVID-19**;
5. Teleworking; **or**
6. Being reassigned.

The EEOC Updates Guidance Clarifying Mandatory COVID-19 Vaccinations Are Permitted Under Federal Law (sullcrom.com).

**Secondly**, as substantiated with evidence below, the COVID-19 Vaccines had already been known and established to be **grossly and abysmally ineffective** at preventing COVID-19 infection and transmission **prior to the institution of the NYS Healthcare Workers Vaccine Mandate;** just as "face coverings, which "have been a long-standing requirement in covered entities" had been similarly known and established to "have not prevented transmission of COVID-19"!! Hence, in a vain attempt to justify the utterly tyrannical, unconstitutional, legally indefensible, scientifically baseless, epidemiologically counterproductive, medically unethical and morally abominable **Vaccine Mandate**, Defendant argues, in part, as follows: "New York State considered alternative approaches before the issuance of the NYS Healthcare Worker vaccine mandate, as noted in the regulatory impact statement of the emergency regulations. Specifically, one alternative approach considered by the state was that of testing all personnel in their facilities before each shift worked. The state found that approach had limited effectiveness in that testing would only provide the employee's COVID-19 status at the time of the test and testing every person at a healthcare facility daily is impractical and burdensome on costs and resources… However, face coverings have been a long-standing requirement in covered entities and yet they have not prevented transmission of COVID-19." **There is no basis or justification whatsoever to mandate either face coverings or COVID-19 Vaccines since they are both abysmally ineffective at preventing COVID-19 infection and transmission!!**

As at the institution (commencement) of the ill-fated NYS Vaccine Mandate for Healthcare Workers on the 27th of September 2021, it had already been acknowledged by the Centers for Disease Control and Prevention (CDC) and health authorities and agencies globally, as established incontrovertibly by all credible scientific and epidemiological studies around the world, **that vaccination does not prevent or reduce COVID-19 infection or transmission and that vaccinated individuals are at least equally as likely as unvaccinated individuals to contract and spread COVID-19 infection!!** For example, an NPR Report published on the 20th of August 2021 titled: "Highly Vaccinated Israel Is Seeing A Dramatic Surge In New COVID Cases. Here's Why", reported a dramatic surge in COVID-19 infections in the fully vaccinated Israeli population!! Highly Vaccinated Israel Is Seeing A Dramatic Surge In New Cases : Goats and Soda : NPR. A confirmatory **Medicare Report** published on or before October 4, 2021 concluded that sixty percent (60%) of senior citizens hospitalized with COVID were fully

vaccinated! https://www.lifesitenews.com/news/breaking-60-of-covid-hospitalizations-in-older-americans-among-fully-vaccinated-govt-data-reveals/. Furthermore, the Public Health England COVID-19 Surveillance Report for Weeks 36-40 published on October 7, 2021 showed clearly and unquestionably that the rate of COVID-19 infection per 100,000 among the vaccinated population exceeded that of the unvaccinated population in every age group over 30 years!! https://www.thegatewaypundit.com/2021/10/epidemic-vaccinated-latest-uk-data-shows-rate-infection-among-vaxxed-exceeds-unvaxxed-every-age-group-30/. This clearly proves that the COVID-19 Pandemic has become the **Pandemic of the Vaccinated** since the inception of the Vaccine Mandate and eviscerates the brazen and outrageous lie being spewed by the **Liars-In-Chief** that it is the Pandemic of the Unvaccinated!! **This is prima facie evidence that there was (is) absolutely no legitimate scientific, medical, epidemiological or public health basis or benefit to mandate the COVID Vaccines and that the Vaccine Mandate was patently and solely motivated by an un-American and anti-American tyrannical political ideology!!!**

**It is indisputable that an asymptomatic unvaccinated staff without COVID-19 (infection), as confirmed by a negative COVID-19 test, poses no danger or threat whatsoever to anyone, whether vaccinated or unvaccinated!! Testing ensures that unvaccinated staff must test negative in order to be at work and all COVID-positive staff are quarantined. There is therefore no iota of justification to deem or determine that the presence of unvaccinated staff at the System's work locations poses an <u>undue burden and a direct threat</u> to System staff and patients!!** Since vaccinated staff are equally as likely as unvaccinated staff to contract and spread the coronavirus, unvaccinated staff pose the same level or degree of burden and threat to the System as vaccinated staff. Thus, the claim that the presence of unvaccinated staff at System work locations poses an undue burden and a direct threat to System staff and patients is absolutely and unarguably incorrect! Consequently, the said **sole basis** for the Denial of Religious Exemption from COVID-19 Vaccination and/or Reasonable Accommodation in this regard is undeniably untenable and invalid and ipso facto renders the **Decision** to deny employees Religious Exemption for COVID-19 Vaccination and/or Reasonable Accommodation in this regard null and void!! Discriminatory Denial of Employment Right to unvaccinated staff, when both vaccinated and unvaccinated staff pose the same level or degree of burden and threat to the System, is sheer Scapegoating and Employment Discrimination against unvaccinated staff, which constitutes an egregious violation of the laws of the United States (specifically Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991) and the laws of New York State and New York City against Employment Discrimination and against discrimination on the basis of COVID-19 Status.

Very importantly, Defendant failed to provide any scientific data to buttress its already disproven claim (and basis of discontinuation of Charging Party's employment) that the presence of unvaccinated staff at System work locations poses an undue burden and a direct threat to System staff and patients! More specifically, Defendant failed to provide any iota of scientific data or proof to support its claim or inference that unvaccinated staff pose greater burden and/or direct threat to System staff and patients than vaccinated staff! This failure to provide scientific evidence to substantiate the sole basis of its extremely consequential decision to effectively deny Religious Exemption to Charging Party and ipso facto effectively refuse and/or fail to provide Reasonable Accommodation to Charging Party is another **fatal flaw** or deficiency in **Defendants Defense and renders Defendant undeniably culpable and inescapably liable as charged!**!

**Thirdly,** Defendant's claim that instituting regular COVID-19 Testing Protocol for Unvaccinated Employees presents an **"undue burden"** to Defendant is demonstrably untrue, spurious and invalid. Prior to the Vaccine Mandate, all System employees (100%) were subjected to weekly COVID-19 Screening Tests. With the institution of the Vaccine Mandate, only unvaccinated staff would be "discriminatorily" subjected to (required to have) the weekly COVID-19 Screening Tests. Based on the New York State/New York City/System claims of about ninety-five (95%) Vaccine Mandate Compliance, the System would have a burden to conduct weekly COVID-19 Screening Tests for **only** about five (5%) of its workforce (employees) that remain unvaccinated. This represents a **relatively insignificant burden** compared to the burden of conducting weekly COVID-19 Screening Tests for its entire (100% of its) workforce!! Importantly, New York City Health & Hospitals facilities, like every other health facility in the United States, receive statutorily approved reimbursements for all COVID-19 Expenses from the Federal Government/FEMA!!! Consequently, weekly COVID-19 Screening Tests for its insignificant percentage or number of unvaccinated employees represents no (additional) financial or operational burden to Defendant! Defendant knows this truth fully; hence Defendant failed willfully to substantiate its spurious and nonexistent claim of **"undue burden"! Without question, the Defendant's Defense is also irredeemably fatally flawed in this ramification!!**

**Fourthly**, quite a few **effective alternative treatments for COVID-19** have existed since the inception of the Coronavirus Pandemic and they include Hydroxychloroquine, Ivermectin, Z-Stack Protocol, Regeneron (Monoclonal COVID-19 Antibody Cocktail), Quercetin, Vitamin D and Zinc, either as stand-alone therapeutics or in combination therapy. Dr. Vladimir Zelenko MD boasted of having treated 699 coronavirus patients with 99% success using Hydroxychloroquine Sulfate, Zinc and Z-Pak! On or about the 15th of September 2021, Uttar Pradesh, the largest state in India, with a population of about 241 million people (about two-thirds of the population of the United States) and with a 5.8% fully vaccinated population declared itself to be COVID-19 free on account of instituting an intensive program of large-scale prophylactic and therapeutic use of Ivermectin!! Uttar Pradesh recorded a 98.7% recovery rate for COVID-19 using the Ivermectin treatment protocol! Interestingly, Dr. Pierre Kory tweeted on the 8th of October 2021 that "Between 100-200 United States Congress Members (plus many of their staffers & family members) with COVID... were treated by a colleague over the preceding 15 months with Ivermectin & the I-MASK+ protocol at http://flccc.net" without any hospitalization. Remarkably, not one of them reported that to the public; they just saved themselves and stayed silent as Ivermectin was torched by the mainstream media, Big Pharma, Big Tech and the tyrannical oligarchic Social Media Platforms! Please refer to the following web link: https://www.infowars.com/posts/report-hundreds-of-congressmen-families-staffers-received-successful-ivermectin-preventative-covid-care-never-told-public/. The ready availability of proven very effective, safe and affordable COVID-19 treatments **absolutely negates** the need for COVID Vaccination Mandate! It renders COVID Vaccination Mandate utterly absurd! The following publication is hereby cited and tendered as supportive evidence: Cureus | Regular Use of Ivermectin as Prophylaxis for COVID-19 Led Up to a 92% Reduction in COVID-19 Mortality Rate in a Dose-Response Manner: Results of a Prospective Observational Study of a Strictly Controlled Population of 88,012 Subjects.

The utterly shameless and very concerted suppression of the availability and use of such efficacious life-saving therapeutics, in order to promote Big Pharma's very harmful and often deadly COVID Vaccines, has undoubtedly caused millions of otherwise avoidable COVID-19 deaths! The worldwide COVID-19 Death Count now stands at 6.7 million!! It is extremely sad that doctors, nurses and other healthcare providers have caved in volitionally or have been compelled to violate their sacred **Hippocratic Oath** to administer the very harmful and often deadly COVID Vaccines to the general public! While medical doctors have sworn by the **Hippocratic Oath** not to administer harmful agents to their patients and not to administer any abortion-inducing drug to women, we now know that the COVID Vaccines cause miscarriages and are plausibly formulated to cause infertility as part of the well-known overzealous agenda of the self-appointed Global Elites to control the world's population. Thus, doctors and nurses are being compelled to perpetrate **an anti-life and anti-human agenda** that is antithetical to the mandates of their sworn professional oaths! The equally extremely concerted high-handed suppression and censorship of the truth about the harmfulness, deadliness and humanicidal potential of these **bio-genetically engineered Messenger RNA COVID Vaccines** along with the aforementioned egregious violations of human rights and the tyrannical imposition of COVID Vaccine Passports makes this the **greatest crime against humanity**!!!

**COVID-19 HERD IMMUNITY VERSUS ANTIBODY DEPENDENT ENHANCEMENT**

From the points of view of medical science, epidemiology and healthcare, a policy of not mandating COVID Vaccination will be more beneficial to the goal of controlling the coronavirus pandemic because **herd immunity** against the coronavirus with resultant resolution of the pandemic will be achieved far more quickly with natural immunity than with vaccine immunity. The medical experts in general warned us from the beginning that vaccination will actually prevent us from attaining **COVID-19 herd immunity** on account of depressing the body's natural immune system/response. It has now been proven that the mRNA COVID-19 Vaccines actually depress the body's natural immune system/response as well as trigger the utterly undesirable phenomenon of **Antibody Dependent Enhancement** of the coronavirus resulting in an uncontrollable cascade of mutations of the coronavirus that become progressively more resistant to the COVID Vaccines!! In this scenario, we will be forced to produce successively modified vaccines in a rather vain attempt to catch up with every successive mutation of the coronavirus!! This will be a quagmire as the coronavirus will be controlling us instead of us controlling it! Please refer to the following web link: German study finds that COVID-19 vaccines perpetuated the pandemic and caused immune system failure – NaturalNews.com. The following cited publication is also hereby submitted as supportive evidence: Two Shots Worse Than One, Three Shots Worse Than Two: Every Pillar Defending This Jab Has Fallen [VIDEOS] (redvoicemedia.com).

Importantly, epidemiologists have long recognized that it is extremely harmful, with disastrous public health consequences, to institute mass vaccination in the middle of an epidemic or pandemic. Hence, it had always been the universally established epidemiological principle and rule to not institute a mass vaccination program or campaign for an ongoing epidemic or pandemic!! This **Epidemiological Rule of Immunization** was recklessly and willfully violated in respect of the COVID-19 Pandemic with resultant disastrous public health consequences! This is intentional and criminal public health malpractice and negligence!! The following cited publication is hereby submitted as supportive evidence: COVID UPDATE: What is the truth? -

PMC (nih.gov). In this article, which was published in the Surgical Neurology International medical journal, the author, Dr. Russell L. Blaylock, a retired Neurosurgeon and Professor of Neurosurgery, declares aptly as follows: "While most researchers, virologists, infectious disease researchers and epidemiologists have been intimidated into silence, a growing number of high integrity individuals with tremendous expertise have come forward to tell the truth—that is, that these vaccines are deadly."

**Fifthly and very importantly,** the **Charge** is amply and impeccably supported by the New York City Human Rights Law (Title 8 of the Administrative Code of the City of New York) and the Constitution and Laws of New York State and the United States as follows: **In a nutshell, the defendants have committed egregious violations of my rights** to equal treatment, equality before the law, equal protection under the law and be not discriminated against as enshrined in the New York City Human Rights Law (Title 8 of the Administrative Code of the City of New York), Section 11 of Article I (Bill of Rights) of the Constitution of the State of New York [Equal protection of laws; discrimination in civil rights prohibited], Title VII of the Civil Rights Act of 1964 and Article VI and the First, Fifth and Fourteenth Amendments of the United States Constitution, which stipulations are outlined below:

**The New York City Human Rights Law (Title 8 of the Administrative Code of the City of New York) prohibits discrimination** in New York City, in **employment**, **housing**, and **public accommodations**.

THE NEW YORK STATE CONSTITUTION (RELEVANT EXCERPTS)

1[Preamble] WE THE PEOPLE of the State of New York, grateful to Almighty God for our Freedom, in order to secure its blessings, DO ESTABLISH THIS CONSTITUTION.

ARTICLE I: BILL OF RIGHTS

 [Freedom of worship; religious liberty] §3. The free exercise and enjoyment of religious profession and worship, without discrimination or preference, shall forever be allowed in this state to all humankind; and no person shall be rendered incompetent to be a witness on account of his or her opinions on matters of religious belief; but the liberty of conscience hereby secured shall not be so construed as to excuse acts of licentiousness, or justify practices inconsistent with the peace or safety of this state (Amended by vote of the people November 6, 2001).

[Equal protection of laws; discrimination in civil rights prohibited] §11. **No person shall be denied** the equal protection of the laws of this state or any subdivision thereof. No person shall, because of race, color, **creed or religion**, be subjected to any discrimination in his or her civil rights by any other person or by any firm, **corporation**, or institution, or **by the state** or any agency or subdivision of the state (New: Adopted by Constitutional Convention of 1938 and approved by vote of the people November 8, 1938; amended by vote of the people November 6, 2001).

The Oath of Office for all New York State Public Officers (including the Governor, Lieutenant Governor, members of the Legislature, justices of the Supreme Court, Regents of the University, and officers appointed by a State officer or the Legislature) is as follows:

"I do solemnly affirm that I will faithfully discharge the duties of the position of _____, according to the best of my ability, <u>and perform my duties in a manner consistent with the constitution of the United States and the constitution of the state of New York</u>."

THE CONSTITUTION AND LAWS OF THE UNITED STATES (RELEVANT EXCERPTS)

<u>Title VII of the Civil Rights Act of 1964</u> prohibits employment discrimination based on race, color, **religion**, sex and national origin and the Civil Rights Act of 1991 provides for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and section 501 of the Rehabilitation Act of 1973.

**The First Amendment of the United States Constitution stipulates that**: Congress shall make no law respecting an **establishment of religion, or prohibiting the free exercise thereof**; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

**The Fifth Amendment of the United States Constitution stipulates that**: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, <u>nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation</u>.

The Religious Exemption Decision failed woefully to provide Charging Party an avenue or opportunity to appeal the Decision to redress his grievances in this regard and thus violated the constitutional rights to **Due Process** of Charging Party as guaranteed to him by **the Fifth Amendment of the United States Constitution!** Furthermore, on the 14th of September 2021, United States Federal Judge David Hurd issued a Court Order of Suspension of the implementation of the New York State Vaccine Mandate for Healthcare Workers until the outcome of a court hearing he scheduled for the 28th of September 2021. In flagrant and atrocious violation of the Court Order, the NYC Health + Hospitals System, in an email addressed to employees dated the 23rd of September 2021, willfully, unlawfully and malevolently placed unvaccinated employees on **involuntary leave of absence without pay**; thereby violating and robbing them of their rights to Due Process of Law, Employment and Income that was aggravated by the extremely draconian and malevolent policy of the governor and government of New York State to deny unemployment benefits to all such victimized New York State healthcare workers!! The New York State Government and the NYC Health + Hospitals System are undeniably culpable and thus inescapably liable to provide restitution to all such victimized New York State healthcare workers in this regard! Please refer to the following web link: <u>Judge blocks medical worker vaccine mandate in NY state (apnews.com)</u>.

**The Fourteenth Amendment of the United States Constitution stipulates that: "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; <u>nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws</u>."**

The facts indisputably support the Charge that I have been discriminated against on the basis of my **sincerely held religious beliefs**, in egregious violation of Title VII of the Civil Rights Act of 1964 (as amended) as well as the First, Fifth and Fourteenth Amendments of the Constitution of the United States! Very importantly, none of the COVID Vaccines has full FDA Approval; they have only received Emergency Use Authorization. It is an unconscionable violation of the Nuremberg Code and a very serious Crime Against Humanity to mandate/force people to be injected with an experimental drug without their informed consent!!! The Defendant is UNDENIABLY CULPABLE for willful grievous violation of my inviolable constitutionally guaranteed (protected) and internationally recognized inalienable God-given fundamental human rights of the citizens of the United States (including New York State) to human dignity, individual liberty, due process, equal protection, religious freedom, freedom of conscience, medical freedom and free and informed consent!!! Ipso facto, the Defendant is INESCAPABLY LIABLE to provide me RESTITUTION in this regard!!!

SUPREMACY OF THE CONSITUTION OF THE UNITED STATES

**Article VI, Paragraph 2 of the U.S. Constitution is commonly referred to as the Supremacy Clause.** It establishes that the federal constitution and federal law generally take precedence over state laws, and even state constitutions. It stipulates as follows: "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." Article VI of the U.S. Constitution further states in Paragraph 3 as follows: "The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

Defendant submitted in the second paragraph of page 6 of Defendant's Position Statement, in part, as follows: "…the NYS vaccination requirement for healthcare workers as delineated in the emergency regulations was adopted by the State of New York as a permanent regulation without a provision for religious exemption effective June 22, 2022." The said **"emergency regulation" that has been purportedly "adopted by the State of New York as a permanent regulation without a provision for religious exemption" unquestionably contravenes both the New York State Constitution and the Constitution of the United States that strongly protect Religious Liberty and Freedom of Conscience and is therefore ultra vires, null and void and of no effect, particularly pursuant to Section 11 of Article I (Bill of Rights) of the Constitution of the State of New York and Article VI of the U.S. Constitution!!**

(End of Excerpt of my Rebuttal of Respondent Statement to my EEOC Complaint filed 6/15/22)
-------------------------------------------------

**In a nutshell, the defendants have committed egregious violations of my rights** to due process, equal treatment, equality before the law, equal protection under the law and be not discriminated against as enshrined in the New York City Human Rights Law (Title 8 of the Administrative Code of the City of New York), Section 11 of Article I (Bill of Rights) of the

Constitution of the State of New York [Equal protection of laws; discrimination in civil rights prohibited], Title VII of the Civil Rights Act of 1964 and Article VI and the First, Fifth and Fourteenth Amendments of the United States Constitution, which stipulations are outlined above.

**On the 24th of March 2022, Mayor Eric Adams of New York City, issued and announced an Executive Order preferentially exempting New York City professional athletes and performers from the New York City Vaccine Mandate** that had prevented (banned) unvaccinated New York City professional athletes and performers from playing or performing (working) in the city and **concomitantly and discriminatorily refusing and/or failing to exempt Plaintiff** and all other unvaccinated New York City employees (all other classes of unvaccinated New York City employees) from the New York City Vaccine Mandate; **thereby committing an egregious violation of the constitutionally protected rights** of Plaintiff and **all other similarly victimized New York City employees to equal treatment, equality before the law, equal protection under the law and be not discriminated against!!**

**EGREGIOUS AND IMPEACHABLE VIOLATION AND SUBVERSION OF THE CONSTITUTION OF THE UNITED STATES AND THE NEW YORK STATE CONSTITUTION: UNCONSCIONABLE TYRANNY AND ATROCIOUS ABUSE OF POWER BY GOVERNOR KATHY HOCHUL OF NEW YORK STATE**

The Decision of the Supreme Court of the United States on the 13th of January 2022 **wrongfully upheld** the Centers for Medicare and Medicaid Services (CMS) authority to mandate COVID Vaccination for healthcare workers **but also rightfully upheld the constitutional right of healthcare workers to Medical and Religious Exemptions from COVID Vaccination as is stipulated in the said CMS Rule promulgated by the United States Secretary of Health and Human Services.** The first paragraph of the said **Decision** of the Supreme Court of the United States **spells out the allowance for Medical and Religious Exemptions succinctly** and it is hereby reproduced below:

**"The Secretary of Health and Human Services administers the Medicare and Medicaid programs, which provide health insurance for millions of elderly, disabled, and low income Americans. In November 2021, the Secretary announced that, in order to receive Medicare and Medicaid funding, participating facilities must ensure that their staff—unless exempt for medical or religious reasons—are vaccinated against COVID–19. 86 Fed. Reg. 61555 (2021). Two District Courts enjoined enforcement of the rule, and the Government now asks us to stay those injunctions. Agreeing that it is entitled to such relief, we grant the applications."**

It is very important to note that the Secretary of Health and Human Services, in promulgating the CMS Rule, recognized and allowed for the constitutionally guaranteed (protected) rights of healthcare workers to Medical and Religious Exemptions. **The NYC Health + Hospitals System, like every other healthcare system in the United States, is obligated by the very CMS COVID Vaccine Mandate to grant Medical and Religious Exemptions to its healthcare workers in enforcing the CMS COVID Vaccine Mandate!**

It is also very important to note that the immediate past Governor of New York State, Andrew Cuomo, who originally promulgated the New York State COVID Vaccine Mandate for

Healthcare Workers, similarly recognized and allowed for the constitutionally guaranteed (protected) rights of healthcare workers to Medical and Religious Exemptions in his Executive Order mandating the COVID Vaccine(s) for New York State healthcare workers; in recognition of the fact that it would be an egregious and impeachable violation and subversion of the Constitution of the United States and the New York State Constitution, which he had sworn to uphold and not violate or subvert by his Oath of Office as Governor, if he failed to do so. Governor Kathy Hochul's **intransigent and absolute refusal** to recognize and allow for the constitutionally protected right of healthcare workers to Religious Exemption from COVID Vaccination is **unconscionable tyranny and atrocious abuse of power**; she has committed egregious and impeachable violation and subversion of the Constitution of the United States and the New York State Constitution that she has sworn to uphold and not violate or subvert by her Oath of Office as Governor! Governor Kathy Hochul has callously caused the termination of employment of thousands of New York State healthcare workers and robbed them of their rights to employment and income which is aggravated by her extremely draconian and cruel policy to deny unemployment benefits to all such victimized New York State healthcare workers!! **By virtue of her utterly tyrannical and unconstitutional COVID Vaccine Mandate, Governor Kathy Hochul has placed New York State in serious jeopardy of financial bankruptcy on account of the incalculable liability of New York State for compensatory and punitive damages for the thousands of New York State healthcare workers and other New York State workers she has so callously victimized!! She should be impeached and removed from office immediately for her flagrant and indefensible violation and subversion of the Constitution of the United States, the New York State Constitution and her Governor's Oath of Office and for crimes against humanity!**

Governor Kathy Hochul has **very wrongly and blasphemously vilified COVID Vaccine Decliners as false Christians** who are **being disobedient to God** because **Pope Francis has endorsed** the COVID Vaccines and has urged everyone to be vaccinated! She is **absolutely wrong** because **self-appointed Global Elites and top scientists, under the auspices of the unaccountable World Economic Forum (WEF), created the Coronavirus Pandemic to decimate and exterminate the global human population but not to save lives!!!** The purpose of medicine and/or public health is to prevent and cure diseases in order to save lives but not to create previously non-existent diseases in order to harm people and destroy lives! It is **satanic** to transform a preexisting hitherto harmless and non-human-transmissible Coronavirus to become transmissible to humans with subsequent potentiation to be able to cause thrombosis (blood clots) in human lungs and thus become very lethal to humans!!! The **agenda** of the **self-appointed Global Elites** and **top scientists is clearly not of God but of Satan!!! Very importantly, Pope Francis, who contradicts and subverts the "Great Commission" by which Jesus Christ, The Son of God and The Lord and Saviour of the World, commands every Christian to "Go throughout the world and make disciples of all nations", is clearly not of Christ but an Antichrist!!! Pope Francis has committed numerous blasphemies and has sold his soul to join the self-appointed Global Elites under the auspices of the unaccountable World Economic Forum (WEF), in the capacity of their Spiritual Leader, to institute an Anti-God New World Order (One World Government)** in fulfillment of the **Biblical Prophecy** of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast** that will viciously and ruthlessly persecute the people in the world who believe in God and choose to obey God and refuse to compromise their faith to worship Satan.

**THE LAND OF THE FREE AND THE HOME OF THE BRAVE**

The United States of America is regarded as the **beacon of liberty** for all nations and peoples of the world and it is aptly referred to as **The Land of the Free and the Home of the Brave** and the historic and globally celebrated American **Statue of Liberty** stands on New York City's Liberty Island! It will be a **very sad and unacceptable irony** if New York State becomes an **epitome of tyranny** which is the **antithesis** of the noble ideal of **freedom** that New York City and New York State symbolize globally! This is especially tragic when **Florida State** is the "**Shining City on the Hill**" proudly carrying the **Torch of Liberty** for the United States of America throughout the Coronavirus Pandemic! As of the 10th of February 2022, **Florida State**, with total COVID Deaths of 309 per 100,000 **without** COVID Vaccine Mandate, Mask Mandate and lockdowns, **had fared better than New York State** with total COVID Deaths of 340 per 100,000 **with** COVID Vaccine Mandate, Mask Mandate and lockdowns! **New York State should emulate Florida State's exemplary celebration and protection of the constitutionally guaranteed inalienable God-given rights of its citizens!**

New York State's **draconian and unrelenting COVID Vaccine Mandate has made New York State residents a substantially inferior class of American citizens by dint of being tyrannically denied their constitutional rights not to be denied their privileges and immunities as citizens of the United States guaranteed to them by the Fourteenth Amendment of the Constitution of the United States**. While residents of several other states like Florida, Mississippi, Missouri, South Dakota and Missouri have rejected and denounced tyrannical Vaccine Mandate, Mask Mandate and lockdowns and have thus protected the rights of their residents to employment, open and free commercial activities, open schools, freedom of movement and freedom from vaccine-based discrimination, residents of New York State and such other totalitarian states have been egregiously denied the same freedoms and liberties and have thus become a substantially inferior class of American citizens!! Even citizens of so-called third world countries have enjoyed their God-given human freedoms throughout the Coronavirus Pandemic without harassment by their governmental authorities!

The fact that the measures taken to control the coronavirus pandemic by a group of states in the United States are **diametrically opposed** to the measures taken by another group states in the United States to control the same coronavirus pandemic is clear and incontestable proof that the Vaccine Mandates, Mask Mandates and lockdowns are patently and solely motivated by an un-American and anti-American tyrannical political ideology in **lockstep** with the **utterly satanic Transhumanist Globalist Agenda** being implemented by the utterly evil self-appointed Global Elites under the auspices of the **World Economic Forum!!**

Public office holders of the United States (principally the president, federal and state justices and judges, federal and state legislators, governors, mayors and their surrogates) who make or cause the United States to **become subservient** to the utterly anti-human and humanicidal Transhumanist World Economic Forum are irredeemably guilty of High Treason and Very Serious Crimes Against Humanity!!! Public officers, governmental agencies and Healthcare Systems, such as the Defendants, that mandate and promote the ineffective, harmful and deadly COVID Vaccines as "Safe and Effective" to the general public and employees are undeniably culpable and inescapably liable for the mounting astronomical count of injuries and deaths caused by these vaccines!!

## HEALTHCARE WORKERS ARE NOT SLAVES OF THEIR EMPLOYERS AND THE GOVERNMENT

**Informed Consent** is an inviolable tenet of medical ethics! Doctors, nurses and other healthcare workers are not slaves or properties of their employers or the government; they do not lose their human dignity and inalienable God-given constitutionally guaranteed and internationally recognized fundamental human rights to medical freedom and informed consent by virtue of their noble professions that inexorably mandate them to inviolably uphold their patients' rights to medical freedom and informed consent that include the right to refuse even life-saving treatments, resuscitation and mechanical ventilatory support! Vaccine Mandates exclusively for healthcare professionals is discriminatory against them and treats them as sub-humans as they are discriminatorily denied the exercise of their inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights to medical freedom and informed consent while all other members of society are allowed to exercise their human rights in this regard! Becoming a doctor, a nurse or any other healthcare professional should not and must not make you subhuman or cause you to lose your inalienable God-given human rights summarily and irredeemably! It would be egregiously unjust and extremely ironical to deny the rights to medical freedom and informed consent solely to healthcare professionals who are strictly required at the threat of significant penalty to inviolably uphold their patients' rights to medical freedom and informed consent!! Healthcare professionals would essentially be slaves and properties of their employers and the government if their employers and the government arrogate to themselves the unconstitutional authority to subvert, override and nullify the inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights of healthcare professionals to medical freedom and informed consent!!!

### SUPREME COURT OF INJUSTICE!!!

The Decision by the Supreme Court of the United States on the 13th of January 2022 to the effect that the Centers for Medicare and Medicaid Services (CMS) have the authority to mandate the grossly ineffective, very harmful and lethal COVID Vaccines on healthcare workers is bereft of reason, grievously wrong, patently unjust and egregiously unconstitutional; simply because the Constitution of the United States does not exclude healthcare workers or any person or group of people from entitlement to the inalienable God-given fundamental human rights to bodily autonomy, medical freedom and informed consent that are guaranteed by the Constitution and also because healthcare workers are not slaves or properties of the government or their employers!!! **The Determination by the Supreme Court that the COVID Vaccines that are evidently grossly ineffective at preventing the contracting and transmission of COVID-19 should be mandated to prevent the contracting and transmission of COVID-19 is extraordinary absurdity and a travesty of justice!!!** The Decision of the Supreme Court that the CMS has authority to mandate the evidently grossly ineffective and very harmful and lethal COVID Vaccines on altruistic healthcare workers, in egregious violation of their inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights to medical freedom and informed consent, is unconscionable perversion and subversion of justice!!!

**Very importantly, COVID-19 is not an occupational disease peculiar to healthcare workers but an epidemic that affects the general public with an equal opportunity risk for people at home, workplaces, schools, libraries, sports arenas, movie theaters and other public places.** Hospitals have instituted **weekly testing** which ensures that staff must test negative for COVID-19, besides being asymptomatic, in order to be at work in any work location and those who test positive for COVID-19 are summarily sent home to quarantine at home for the required timeframe until they become asymptomatic and adjudged to be no longer infectious. This policy, along with several other **infection control measures** being implemented in all hospitals, essentially eliminates the risk of healthcare workers transmitting the coronavirus to patients in hospitals. It must be conceded that healthcare workers at hospitals and other acute care facilities have a greater risk of infection because their workplaces have a greater concentration of patients significantly sick with COVID-19 to whom they are exposed. However, it is the patients hospitalized with COVID-19, being the **primary vectors** for the coronavirus in hospitals, that pose danger to the healthcare workers and other patients to whom they can transmit the coronavirus and not vice versa! Consequently, discounting the universally established fact that the COVID Vaccines are grossly ineffective at preventing Coronavirus infection or transmission, the **Burden of Vaccination** should rightly fall on the general public so that they would not contract COVID-19 and be hospitalized with COVID-19 and thus become vectors for the transmission of COVID-19 to healthcare workers and other patients! It would be **perverse logic** to place the **Burden of Vaccination** on the healthcare workers who are primarily **potential victims rather than the primary vectors of the transmission of COVID-19 in hospitals!!!**

Furthermore, the general public, including patients in hospitals, have the right and responsibility to exercise their inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights to bodily autonomy, medical freedom and informed consent to choose whether to be vaccinated or unvaccinated based on their personal determination of the benefits versus the risks of inoculation with the COVID Vaccines! The general public is also fully aware of the risk of contracting COVID-19 in the hospital setting and every person has ample opportunity to be vaccinated prior to any emergent hospitalization based on their personal determination of the benefits versus the risks of vaccination. **Consequently, the Burden of Vaccination must rightly be placed on the general public and patients in hospitals and must not be placed unjustly on healthcare workers!!!**

The **premise** for allowing the COVID Vaccine Mandate is that the COVID Vaccines will prevent the contracting and transmission of COVID-19. However, as is acknowledged universally, the COVID Vaccines do not prevent the contracting and transmission of COVID-19! Consequently, the said **sole basis** for the Supreme Court upholding the CMS COVID Vaccine Mandate for healthcare workers is **unarguably untenable and invalid** and ipso facto renders the **Decision** to uphold the CMS COVID Vaccine Mandate for healthcare workers null and void!! By this and other such unconstitutional Decisions that flagrantly violate their **Oaths of Office** they swore to uphold the Constitution of the United States, the errant and culpable Justices of the Supreme Court of the United States have transformed the otherwise highly esteemed Court into the **Supreme Court of Injustice!!!** The Court has therefore lost its legitimacy. Accordingly, the errant and culpable Justices of the Supreme Court of the United States should resign immediately or be impeached in order to restore back to the Supreme Court its much-needed legitimacy!!!

The Combined Judicial and Constitutional Oath of Justices of the Supreme Court of the United States is as follows:

"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

**REVOCABILITY AND REVERSIBILITY OF JUDICIAL DECISIONS**

Respondent cited **patently <u>constitutionally flawed</u> judicial decisions** in respect of preliminary injunctive relief to support the clearly unconstitutional New York State Healthcare Workers Vaccine Mandate by stating as follows: "While the NYS vaccine mandate was in effect on an emergency basis and had been deemed permissible and enforceable by the Second Circuit at the time of Charging Party's separation from employment in late November 2021, it is worth noting that not only did the U.S. Supreme Court affirm the Second Circuit's ruling that the NYS vaccine mandate was legitimate without a religious exemption, but the NYS vaccination requirement for healthcare workers as delineated in the emergency regulations was adopted by the State of New York as a permanent regulation without a provision for religious exemption effective June 22, 2022". These flawed judicial decisions are by no means final and the tide will ultimately turn to reverse them. Interestingly, by a **<u>constitutionally upright judicial decision</u>** by the Illinois Northern District Court, Illinois healthcare workers at North Shore University Health System who were fired or otherwise impacted by their hospitals' COVID-19 vaccine mandate will receive a $10 million settlement after filing a lawsuit challenging the rule. Health care workers fired over vaccine mandate awarded $10 million in settlement | Fox Business.

**It is very important to recognize that <u>all constitutionally flawed or unconstitutional judicial decisions or judgements</u> are at inevitable risk (are inevitably liable) to be revoked and/or reversed!!** In June this year (2022), the Supreme Court of the United States overturned its own 1973 Roe versus Wade Decision that had been a longstanding precedent for forty-nine years!! There should be no iota of doubt that the egregiously constitutionally flawed and thus unconstitutional decisions of the United States District Court in the Eastern District of New York, the United States Second Circuit Court of Appeals and the Supreme Court of the United States upholding the egregiously constitutionally flawed and unconstitutional **New York State Healthcare Workers Vaccine Mandate** will certainly and ultimately be overturned!!! **This and similar unconstitutional decisions were engendered by blatant corruption and politicization of the judiciary!! These judicial decisions were rendered not based on the Constitution and Laws of the United States (including those of New York State) but instead based on the personal political allegiance of the culpable judges, justices and courts!!! Consequently and tragically, these decisions, being travesties of justice, are a terrible blight on the judiciary of the United States!!!**

The Supreme Court of the United States, the United States Circuit Courts of Appeals, the United States District Courts, the State Courts of United States, the President of the United States, the United States Congress, the United States Secretary of Health and Human Services, the Governor of New York State, the New York State Department of Health, the Mayor of New York City and the New York City Health & Hospitals Corporation **have no constitutional or lawful authority** to violate, subvert, deny or nullify Plaintiff's constitutionally guaranteed and internationally recognized <u>inalienable God-given</u> Personal Sovereignty and Human Rights to Religious Liberty, Freedom of Conscience, Bodily Autonomy, Medical Freedom, Free and Informed Consent and Reasonable Accommodation!!! The Primary Defendant (New York City Health & Hospitals Corporation), acting at the behest and tyrannical whims and caprices of the President of the United States, the United States Congress, the United States Secretary of Health and Human Services, the Governor of New York State, the New York State Department of Health and the Mayor of New York City buoyed by the ultra vires judicial decisions of the Supreme Court of the United States, violated and subverted my constitutionally guaranteed and internationally recognized <u>inalienable God-given</u> Personal Sovereignty and Human Rights to Religious Liberty, Freedom of Conscience, Bodily Autonomy, Medical Freedom, Free and Informed Consent and Reasonable Accommodation; by enforcing, through **blatant abuse of their authority**, an **<u>ultimately egregiously unconstitutional</u>** New York State Vaccine Mandate for Healthcare Workers <u>without a Provision</u> for Religious Exemption!!!

## PALPABLY SINISTER AGENDA

If the COVID Vaccine is effective in protecting vaccinated people against contracting the coronavirus, why then must the vaccinated people be protected from the unvaccinated people who may or may not have the coronavirus??!! If <u>doubly, triply and quadruply vaccinated people are contracting COVID-19</u> and dying from it as well as from the COVID Vaccine, why would any rational or well-meaning government mandate the COVID Vaccine given the impressively high survivability rate of about 99.7% for COVID-19??!! If doubly, triply and quadruply vaccinated people are contracting COVID-19 and dying from it as well as from the COVID Vaccine, why would any rational person agree to be inoculated with the COVID Vaccine when he has an impressively high 99.7% probability of surviving COVID-19, more so when very safe, effective and affordable alternative treatments exist??!!

The fact that doubly, triply and quadruply vaccinated people are contracting COVID-19 and dying from it is indisputable proof that the COVID Vaccines are grossly ineffective! In this scenario, common sense should compel the governmental authorities and the general public to reject and stop the COVID Vaccination Policy and Program immediately and employ proven safe and effective alternative COVID treatments such as Hydroxychloroquine, Ivermectin, Quercetin, Zinc and Vitamin D to control the pandemic!!! The insistence upon inoculating all the population with frequent and never-ending booster doses of the demonstrably grossly ineffective COVID Vaccines, in egregious violation of the people's inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights to medical freedom and informed consent, is extremely foolhardy and counterproductive and is patently motivated by a **palpably sinister agenda**!!!

Given that both the general public and the scientific community consider and adjudge the COVID-19 Pandemic to **<u>have ended definitively</u>** since about a year ago and the **CDC COVID-**

**19 Guidelines and Recommendations** issued on the 11th of August 2022 **no longer differentiate based on a person's vaccination status (no difference in guidelines for vaccinated and unvaccinated people), in the context of published credible governmental and public health authorities'** reports from the United Kingdom, Denmark and other countries that confirm that the COVID Vaccines are deadly and that the COVOD-19 Mortality Rates per hundred thousand are lowest among the unvaccinated in all age groups and linearly highest among the most vaccinated population, the **intransigent insistence** of the United States Government, New York State and New York City and their agents and agencies, including New York City Health & Hospitals Corporation, **to continue to impose utterly unconstitutional, tyrannical, unbeneficial, harmful and deadly Vaccine Mandates epitomizes utter satanic malevolence and belligerence!!!**

This is **incontestable prima facie proof** that there is absolutely no legitimate scientific, medical, epidemiological or public health basis or benefit to mandate the COVID Vaccine and that **the Vaccine Mandate is patently and solely motivated by an un-American and anti-American tyrannical political ideology in lockstep with the utterly satanic Transhumanist Totalitarian Globalist Agenda** being implemented by the utterly evil self-appointed Global Elites under the auspices of the **World Economic Forum!!!**

**DIVINE CONFIRMATION OF THE TOXICITY AND LETHALITY OF THE COVID (MRNA) VACCINES**

The **toxicity and lethality of the human gene-editing and gene-perverting Messenger RNA COVID Vaccines** was confirmed to me by God in **Divine Revelation** I received from him in the early hours of the 11th of September 2021. In the vision, the proponents of the COVID Vaccine Mandate taunted unvaccinated people claiming that they (the unvaccinated people) faced an inevitable serious danger of dying out within a few years!! However, God revealed to me then that the Coronavirus does not pose such peculiar danger to the unvaccinated but rather that the COVID-vaccinated people were the ones at risk of shortened lifespans on account of the detrimental and lethal effects of the COVID Vaccines on their health (bodies)!!! **By this Divine Revelation, The LORD GOD ALMIGHTY categorically repudiates the COVID Vaccine Propaganda of Pope Francis and the self-appointed Global Elites!!!**

**THE NUREMBERG CODE**

The Nuremberg Code, formulated in 1947 in response to Nazi doctors performing medical experiments on people during WWII, is one of the most important documents in the history of the ethics of medical research. The first principle of the Code is that "The voluntary consent of the human subject is absolutely essential". The Code goes on to say that "This means that the person involved should have legal capacity to give consent; should be so situated as to be able to exercise free power of choice, without the intervention of any element of force, fraud, deceit, duress, overreaching, or other ulterior form of constraint or coercion; and should have sufficient knowledge and comprehension of the elements of the subject matter involved as to enable him to make an understanding and enlightened decision…."

Informed and freely given consent is at the heart of the Code and is rightly viewed as a protection of a person's human rights. The United Nations, including through the *Universal*

*Declaration of Human Rights*, first proclaimed in 1948, has long recognized the right to bodily integrity. The Declaration of Helsinki, made in 1964 by the World Medical Association, is also a statement of ethical principles for medical research involving human subjects. Under the heading of "Informed Consent", the Declaration starts with the acknowledgement that "Participation by individuals capable of giving informed consent as subjects in medical research must be voluntary".

Paragraph 58 of the **Siracusa Principles** that arose from a colloquium in 1984 in Siracusa, Italy, organized by the American Association for the International Commission of Jurists (AAICJ) and co-sponsored by the International Commission of Jurists affirms the internationally recognized *International Covenant on Civil and Political Rights* under the heading of Non-Derogable Rights and declares as follows:

**"No state party shall, even in time of emergency threatening the life of the nation, derogate from the Covenant's guarantees** of the right to life; freedom from torture, cruel, inhuman or degrading treatment or punishment, **and from medical or scientific experimentation without free consent**; freedom from slavery or involuntary servitude; the right not be imprisoned for contractual debt; the right not to be convicted or sentenced to a heavier penalty by virtue of retroactive criminal legislation; the right to recognition as a person before the law; and freedom of thought, conscience and religion. **These rights are not derogable under any conditions even for the asserted purpose of preserving the life of the nation.**" (This is consistent with Article 4 of the *International Covenant on Civil and Political Rights*.

## THE SOVEREIGN AUTHORITY OF THE UNITED STATES BELONGS TO THE CITIZENS

**The United States Declaration of Independence** is the greatest and essentially flawless Declaration of human dignity, human equality, human rights and human freedom in the world! **The United States of America is** underlined **uniquely founded** upon the unassailable truth that **mankind (along with the universe) were created by God and that all men are created equal and are endowed by their Creator with intrinsic** underlined **human rights which cannot and must not be taken away from them** by any human government or earthly authority (which is infinitely subordinate to God)!!!

The United States Independence and Constitution are solely based on inalienable God-given human rights and the laws of nature and of nature's God. The United States of America is established on the foundation of **the self-evident truth that all men are created equal, that they are endowed by their** underlined **Creator with certain** underlined **unalienable rights, that among these are life, liberty and the pursuit of happiness. … And that all peoples, including the people of the United States of America, may volitionally pursue the right to liberty "to which the laws of nature and of nature's God entitle them."** Inalienable rights are intrinsic human rights bestowed by God on mankind that cannot be taken away by any earthly authority or government. As per the United States Declaration of Independence and the Constitution of the United States, the Sovereignty or Sovereign Authority of the United States belongs to (or resides with) the ordinary people (citizens) of the United States who adopted the United States Declaration of Independence and its resultant Constitution of the United States. This is unambiguously indicated in the very **opening words** of the Constitution of the United States: **"We the people"!**

23

Thus the **Ultimate Authority** in the United States is the Citizenry (People) of the United States whose authority emanates directly from God, our Creator, and supersedes the authority of the President, Congress (House of Representatives and Senate), Judiciary (all courts, magistrates, judges and justices including the United States Supreme Court), Federal Departments and Secretaries and Agencies, State Governors, Assemblies and Senates of the various States, Mayors, Mayoral Departments and Agencies, City Councils, Councilors and all other City Agencies!

Democracy is defined as the government of the people, by the people and for the people. The corollary is that a democratic government has the sacred obligation to preserve, protect and advance the inalienable God-given and constitutionally guaranteed (protected) fundamental human rights of the citizens; in consonance with its sacred obligation to serve the interests of the citizens. Consequently, the government, whether federal, state or city, automatically loses its legitimacy when it violates or seeks to violate any of the inalienable God-given and constitutionally guaranteed (protected) fundamental human rights of law-abiding citizens.

Abraham Lincoln articulated the aforementioned truism succinctly as follows: **"We the people are the rightful masters of both Congress and the Courts, not to overthrow the Constitution but to overthrow the men who would pervert the Constitution."** Abraham Lincoln's quote simply affirms the following excerpt from the United States Declaration of Independence: **"That whenever any form of government becomes destructive to these ends, it is the right of the people to alter or to abolish it, and to institute new government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness."**

Very importantly, the **Will of the Ultimate Authority** in the United States (i.e. the **Will of the Citizenry** (**People) of the United States** is articulated succinctly in the United States Constitution. Since the Constitution of the United States codifies the Will of the **Ultimate Authority** in the United States, the Constitution of the United States is therefore the **Ultimate Law or Supreme Law** of the United States. Consequently, any Executive Order promulgated by the President of the United States, or any State Governor or Mayor, or any policy or regulation promulgated by the federal government or any State Government or Mayoral Office or any of their departments or agencies, or any law or edict enacted by Congress, any State Legislature or City Council, or any decision or judgement rendered by any court of law including the United States Supreme Court that contravenes or violates any provision or any inalienable God-given fundamental human right of the citizens enshrined in the Constitution of the United States is ultra vires, null and void and of no effect!!

**THE SUPREMACY OF GOD OVER ALL HUMAN GOVERNMENTS (EARTHLY AUTHORITIES) AND THUS THE INVIOLABILITY OF OUR GOD-GIVEN HUMAN RIGHTS**

**Every human or earthly authority is infinitely subordinate to God- the Creator and Sovereign LORD of the Universe. God's authority is infinitely supreme over all human or earthly authority**!

No President of the United States, United States Congress, State Governor in the United States, State Legislature in the United States, City Mayor in the United States or City Council in the United States shall deny, violate or suspend any of the constitutionally guaranteed (protected) and internationally recognized **Inalienable God-given** fundamental human rights of the citizens of the United States to individual liberty, religious freedom, freedom of conscience, medical freedom and free and informed consent **<u>unless</u>** such United States governmental authority or agency proves that it is higher than God and ipso facto that its authority supersedes the authority of God- the Creator and Sovereign LORD of the infinitely vast and unfathomable universe!!!

**Jesus Christ warned mankind regarding the sanctity of marriage as follows: "Therefore, what God has joined together, let no man put asunder". In the same vein, mankind should humbly accept this self-evident truth: The fundamental human rights that God has conferred upon mankind, let no human or governmental authority, which is infinitely subordinate to God, violate, subvert or nullify!!!**

Accordingly, the inalienable God-given, internationally recognized and constitutionally guaranteed (protected) Fundamental Human Rights of the citizens of the United States should not and must not be denied or violated by any government, legislature or court (including the Supreme Court) of the United States!!!

This **self-evident truth** can be termed THE DOCTRINE OF THE SUPREMACY OF GOD OVER ALL HUMAN GOVERNMENTS (EARTHLY AUTHORITIES) AND THUS THE INVIOLABILITY OF THE GOD-GIVEN HUMAN RIGHTS OF MANKIND!!!

As correctly observed in the <u>Decision of the Fair Work Commission of Australia</u> against Mandatory COVID Vaccination referenced below, all COVID vaccines in the United States, just like in Australia, are only provisionally approved via Emergency Use Authorization, and as such remain part of a clinical trial. It further observes: "Consent is required for all participation in a clinical trial. Consent is necessary because people have a fundamental right to bodily integrity, that being autonomy and self-determination over their own body without unconsented physical intrusion. Voluntary consent for any medical treatment has been a fundamental part of the laws of Australia (United States) and internationally for decades. It is legally, ethically and morally wrong to coerce a person to participate in a clinical trial. Coercion is not consent. Coercion is the practice of persuading someone to do something using force or threats. Some have suggested that there is no coercion in threatening a person with dismissal and withdrawing their ability to participate in society if that person does not have the COVID vaccine. However, nothing could be further from the truth."

The **Decision of the Fair Work Commission of Australia** also noted the following universally agreed facts about the COVID Vaccines: "COVID vaccinations do not stop COVID unlike many other vaccinations such as those used to stop the spread of tetanus, yellow fever and smallpox. The World Health Organization and everyone else agree that most people diagnosed with COVID will recover without the need for any medical treatment; the survivability rate for COVID-19 is about 99.7%. The science is clear that those who have recovered from COVID have at least the same level of protection from COVID as a person who has been vaccinated.

There can be absolutely no legitimate basis, then, for mandating vaccination for this group of people."

I am hereby compelled to reproduce below the **"Final Comments" of the superlatively brilliant, forthright and flawless Decision of the Fair Work Commission of Australia against Mandatory COVID Vaccination**, except replacing Australia with the United States:

"Research in the context of COVID-19 has shown that many who are 'vaccine-hesitant' are well educated, work in the health care industry and have questions about how effective the vaccines are in stopping transmission, whether they are safe to take during pregnancy, or if they affect fertility. A far safer and more democratic approach to addressing vaccine hesitancy, and therefore increasing voluntary vaccination uptake, lies in better education, addressing specific and often legitimate concerns that people may hold, and promoting genuine informed consent. It does not lie in censoring differing opinions or removing rights and civil liberties that are fundamental in a democratic nation. It certainly does not lie in the use of highly coercive, undemocratic and unethical mandates.

The statements by politicians that those who are not vaccinated are a threat to public health and should be "locked out of society" and denied the ability to work are not measures to protect public health. They are not about public health and not justified because they do not address the actual risk of COVID. These measures can only be about punishing those who choose not to be vaccinated. If the purpose of the PHOs (Public Health Orders) is genuinely to reduce the spread of COVID, <u>there is no basis for locking out people who do not have COVID, which is easily established by a rapid antigen test</u>. <u>Conversely, a vaccinated person who contracts COVID should be required to isolate until such time as they have recovered</u>.

Blanket rules, such as mandating vaccinations for everyone across a whole profession or industry regardless of the actual risk, **fail the tests of proportionality, necessity and reasonableness**. It is more than the absolute minimum necessary to combat the crisis and cannot be justified on health grounds. It is a lazy and fundamentally flawed approach to risk management and should be soundly rejected by courts when challenged.

All **Americans** should vigorously oppose the introduction of a **system of medical apartheid and segregation in America**. It is an abhorrent concept and is morally and ethically wrong, and the antithesis of our democratic way of life and everything we value.

**Americans** should also vigorously oppose the ongoing censorship of any views that question the current policies regarding COVID. **Science is no longer science if a person is not allowed to question it**.

Finally, all **Americans**, including those who hold or are suspected of holding "anti-vaccination sentiments", are entitled to the protection of our laws…"

I am hereby constrained to reproduce the following updated excerpts of my "RELIGIOUS EXEMPTION FROM MANDATORY COVID-19 VACCINES (VACCINATION) STATEMENT" dated the 13th of September 2021:

**MANDATORY COVID-19 VACCINATION POLICY IS AN HERALD OF THE REGIME OF THE ANTICHRIST AND THE MARK OF THE BEAST WHICH EVERY TRUE FOLLOWER OF JESUS CHRIST MUST VEHEMENTLY RESIST AND OPPOSE!!**

The following excerpt from Dr. Henry Kissinger's Speech to the World Health Organization Council on Eugenics on the 25th of February 2009 is eerily extremely ominous!! The said excerpt is as follows: "***Once the herd accepts mandatory forcible vaccination, it's game over! They will accept anything-forcible blood or organ donation- for the "greater good." We can genetically modify children and sterilize them- for the "greater good." Control sheep minds and you control the herd. Vaccine makers stand to make billions, and many of you in this room today are investors. It's a big win-win! We thin out the herd and the herd pays us for extermination services. Now, what is for lunch, huh?"***

**The ID 2020 Project** being championed by Bill Gates and other self-appointed Global Elites to establish and impose a Digital Identification Regime for all people in the world for commercial, medical, educational, professional, financial, banking, travel and all other socioeconomic activities and/or transactions has created the framework and launching pad, in **fulfillment of Biblical Prophecy**, for the establishment and imposition of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast!** It is not by coincidence that Bill Gates and his cohorts have worked assiduously with satanic passion to create vaccines for all the inhabitants of the earth and use the vehicle of vaccination to control (reduce) the world's human population by bioengineering the vaccines to evoke (produce) antibodies that reduce fertility or even cause sterility in both males and females!! The same Bill Gates and his cohorts have controlling financial stakes in the companies that manufacture the new forms of genetically and biologically engineered vaccines that thousands of internationally acclaimed medical doctors and scientists have warned that will destroy our natural human immunity (immune system) and damage our human organs and cause **catastrophic global medical genocide** that far outstrips mass human death ever caused by any pandemic the world has experienced!!!

The policy of making unnatural genetically engineered vaccines mandatory is an intentional effort to accelerate and actualize the **Transhumanism**[1] **Agenda** being pursued with satanic zeal by the self-appointed Global Elites. **Transhumanism is a scientific, social and philosophical movement devoted to promoting the research and development of robust human-enhancement technologies that would augment or increase human sensory reception (perception), emotive ability, or cognitive capacity as well as radically improve human health and extend human life spans. Transhumanism**[2] **is a way of thinking about the future that is based on the premise that the human species in its current form does not represent the end of our development but rather a comparatively early phase. Transhumanism is an utterly delusional movement or agenda that seeks to transform and transition humans from their God-created and established natural state into a posthuman state. In essence, the Transhumanists want (seek) to pervert and destroy humans as created by God and create a new breed of perverted and corrupted posthuman species!!**

**Transhumanism is an utterly Satanic Agenda** being implemented by the **infinitely malevolent self-appointed Global Elites under the auspices of the World Economic**

Forum that has infiltrated and taken control of the **corrupt Oligarchic Consortium of the governments of the nations of the world**, the United Nations, World Health Organization, Mass Media, Big Corporations, Big Pharma, Big Tech Companies and Social Media Platforms to impose their **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast** to viciously and ruthlessly persecute the people of the world (Children of God) who choose to obey and worship God and refuse to compromise their faith to reject God and follow and worship the Devil!!! **The World Economic Forum** contrived the Coronavirus Pandemic by adding an extremely pathogenic and cytotoxic **Synthetic Spike Protein**, in a Gain of Function Research, to transform a preexisting hitherto harmless and non-human-transmissible Coronavirus to become transmissible to humans with  subsequent potentiation to be able to cause thrombosis (blood clots) in human lungs and thus become very lethal to humans; **with the premeditated humanicidal goal of decimating and exterminating the global human population!!!** They then used their **Man-made Coronavirus Pandemic** as a **pretext** to launch their pre-planned extremely harmful and deadly **bio-genetically engineered Messenger RNA COVID Vaccines** and force everyone in the world to take the Vaccines by their Global COVID Vaccine Mandate, **in fulfillment of Biblical Prophecy**, to establish and implement the continually anticipated, extremely dreaded, apocalyptic and **utterly tyrannical Worldwide Regime of the Anti-Christ and the Mark of the Beast** to viciously and ruthlessly persecute the people of the world (Children of God) who choose to obey and worship God and refuse to compromise their faith to reject God and follow and worship the Devil!!! The World Economic Forum has executed a **Global Coup against God and Humanity** and has essentially coopted the governments of the nations of the world and established an **Anti-God One World Government** by which they have imposed their **Totalitarian Global COVID Vaccine Mandate** that denies everyone in the world their rights to employment, education, healthcare, travel and participation in socioeconomic activities to buy or sell any goods, food or services unless they are vaccinated (they have the Mark of the Beast)!!!

We are all witnesses to the ongoing and ever intensifying years-long **brazen humanicidal COUP being perpetrated by the infinitely malevolent self-appointed Global Elites against America**, the World and God; by means of blatant rigging and stealing of elections, subversion of the sovereignty and constitutions of the nations and peoples of the world; characterized by the unconscionable flagrant tyrannical subversion and abrogation of the constitutionally guaranteed and internationally recognized inalienable God-given Fundamental Human Rights of the people of the United States and the other nations of the world to Personal Sovereignty, Self-Determination, Economic Liberty, Religious Liberty, Freedom of Conscience, Bodily Autonomy, Medical Freedom, and Free and Informed Consent!!! These AVOWED CHILDREN AND AGENTS OF THE DEVIL are working zealously and maniacally to overthrow God in society and enthrone themselves as **gods of the world**; **to oppress, pervert, bastardize and exterminate humanity by means of their false, deceptive and satanic ideologies of Climate Change, Transgenderism, COVID Vaccine Mandate and Transhumanism!!** As a Servant and Messenger of God, to whom God has given Divine Revelations about world affairs on a continuous basis since Mr. William Jefferson Clinton was President of the United States of America, I have a sacred duty to God and humanity to provide clarity and understanding regarding what is happening as well as offer Divine Counsel and Guidance on strategies to effectively confront and defeat the **incipient Audacity and Reign of Evil and Satanism!!!** For a more detailed context, kindly refer to the following two articles/messages I posted online at the following web links: TRANSHUMANISM IS THE TYRANNY OF SATANISM IN FULL

DISPLAY!!! | Message From The Creator (This publication cites and contains a **video** of aggregated clips of Dr. Yuval Noah Harari of the World Economic Forum expounding their Transhumanism Agenda), and
https://gab.com/Servant_and_Messenger_of_God/posts/107833807560437970.

By the above-referenced video, the **World Economic Forum** has shamelessly and arrogantly confessed to the world their UTTERLY HEINOUS, UNCONSCIONABLE AND UNSPEAKABLE CRIMES AGAINST HUMANITY!!! **In the video, Dr. Yuval Noah Harari categorically and irrefutably confesses, attests and confirms that the Transhumanist Agenda has already developed and implemented the technological capability and capacity to hack and control all humans electronically through Artificial Intelligence and perverse bioengineering of the human genome by means of forcibly injected or implanted Body-Computer-Interfaces and rob humanity of our personhood, freewill, human dignity and all our inalienable God-given fundamental human rights and freedoms!!! Jesus Christ**, The Son of God and The Lord and Saviour of the World, warned us that: "**By your own words you will be acquitted and by your own words you will be condemned**". By their own words in the video, the World Economic Forum has unequivocally condemned themselves as UNDENIABLY GUILTY AND INESCAPABLY CULPABLE AND LIABLE FOR THE GREATEST, UNTHINKABLE AND UNSPEAKABLY HEINOUS CRIMES AGAINST HUMANITY!!!**

**The Transhumanists zealously seek to subjugate humanity electronically and convert all humans into dispensable robotic economic assets via Artificial Intelligence by means of forcibly injected or implanted Body-Computer-Interfaces!! Their well-known mantra is: "You will own nothing and will be happy"! This means humans will own nothing while they, the self-appointed Transhumanist Global Elites, will own and control everything in the world!! What Brazen Unmitigated Greed, Thievery, Selfishness, Wickedness, Arrogance, Tyranny and Satanism!!! Imagine that one of the goals of Transhumanism is to alter and pervert the emotive ability (emotions) of humans!! The goal of Transhumanism is essentially the SATANIC USURPATION OF DIVINE JURISDICTION, which belongs exclusively to THE LORD GOD ALMIGHTY, our Creator!!!**

As the heavens are infinitely higher than the earth so is God's authority infinitely higher than mankind's authority. Creation and all creatures are subordinate and subject to their Creator in every ramification. Mankind, the crown jewel of Creation, is subordinate and subject to their Creator (God) in every ramification. It is the Creator, not the Creation or Creatures, that determines what is right or wrong for the Creation or Creatures. It is therefore **satanic arrogance and unpardonable Cosmic Treasonable Felony** for mankind (the Creatures) to oppose and contradict God (The Creator) and declare as right what God has declared to be wrong, declare as good what God has declared to be evil, or declare as acceptable what God has determined and declared to be utterly abominable and unacceptable! Mankind should not arrogate to themselves the **Jurisdiction of God.** Mankind must not encroach on or usurp **Divine Jurisdiction!!!**

Let mankind understand that Satan is the Ultimate Dog in the Manger! As a consequence of Satan's rebellion against God, he has permanently lost out regarding the privilege to be in God's glorious presence and kingdom and he has permanently forfeited the privilege and opportunity to enjoy perfect peace and perfect joy that the Glory of God gives to those in His presence!!! In his

utter annoyance, jealousy and wickedness, Satan is doing everything he can to deceive mankind to also rebel against God so that, like him and the other fallen angels, mankind will also forfeit their place in the superlatively glorious Kingdom of God and be consigned to utter ignominy and agony under God's righteous judgement! It is only by our folly and stupendous stupidity that we allow ourselves to be deceived by Satan and also become **Satan's agents of Mass Deception and Humanicide!!!**

In Revelation Chapter 13 verses 11-18, God revealed to Apostle John as follows:

**The Beast out of the Earth**

[11] Then I saw a second beast, coming out of the earth. It had two horns like a lamb, but it spoke like a dragon. [12] It exercised all the authority of the first beast on its behalf, and made the earth and its inhabitants worship the first beast, whose fatal wound had been healed. [13] And it performed great signs, even causing fire to come down from heaven to the earth in full view of the people. [14] Because of the signs it was given power to perform on behalf of the first beast, it **deceived** the inhabitants of the earth. It ordered them to set up an image in honor of the beast who was wounded by the sword and yet lived. [15] The second beast was given power to give breath to the image of the first beast, so that the image could speak and cause all who refused to worship the image to be killed. [16] It also forced all people, great and small, rich and poor, free and slave, to receive a mark on their right hands or on their foreheads, [17] so that they could not buy or sell unless they had the mark, which is the name of the beast or the number of its name. [18] This calls for wisdom. Let the person who has insight calculate the number of the beast, for it is the number of a man. That number is 666.

The Vaccine Mandate Policy imposes death sentence (penalty) on everyone in the world who refuses vaccination; by denying all unvaccinated people their inalienable God-given, internationally recognized and constitutionally guaranteed fundamental human rights to employment and to buy or sell any product or services; as evidenced by the termination of employment of unvaccinated employees by employers and the outright prohibition of unvaccinated individuals from going to restaurants and other businesses to buy or access food, products or services. The Mandatory Vaccination Policy is utterly evil, obnoxious, destructive and unconscionable as it is not intended to save lives but intended to destroy lives and exterminate humanity; it is humanicidal. In essence and effect, the Vaccine Mandate is a Death Sentence. If the unvaccinated individuals are barred from employment, they will starve to death as they will not be able to earn income to buy food to eat; additionally, they will become homeless as they will be unable to afford home mortgages or rents!! Humanity is in the **vice grip** of the World Economic Forum who compels them to choose between two deadly options; either take the deadly COVID Vaccine that will kill them or be excluded from all socioeconomic activities and starve to death!! **Consequently, the self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum, who are the architects of the coronavirus pandemic, the deadly COVID Vaccines and the COVID Vaccine Mandate, constitute an exceedingly grave existential threat to every human being in the world!!** This is exactly the fulfillment of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast;** as all people, great and small, rich and poor, free and slave, will be unable to buy or sell unless they are vaccinated!!

## TYRANNY OF SATANISM!!!

Mankind has degenerated to a state whereby Truth is persecuted and God is hated viciously and opposed vehemently; whereby wrong has become right and right has become wrong; whereby evil has become good and good has become evil; whereby darkness has become light and light has become darkness; whereby bitter is called sweet and sweet is called bitter; whereby lie has become truth and truth has become lie; whereby dishonesty has become honesty and honesty has become dishonesty; whereby injustice has become justice and justice has become injustice; whereby hate has become love and love has become hate; whereby traitors and fraudsters are hailed as patriots while the true patriots are persecuted as traitors and villains; whereby brazen electoral fraud is celebrated while election integrity and the electoral will of the people are brazenly subverted, prohibited and criminalized; whereby election losers are declared winners and the election winners are declared losers; whereby unrighteousness has become righteousness and righteousness has become unrighteousness and is thus condemned as intolerance; whereby abnormality has become normality and normality has become abnormality; whereby immorality has become morality and morality has become immorality; whereby foolishness has become wisdom and wisdom has become foolishness; whereby disobedience has become obedience and obedience has become disobedience; whereby rebellion is glorified as freedom while our inalienable God-given and constitutionally protected fundamental human rights and freedoms are brazenly subverted and criminalized; whereby science has become subjective and basic objective facts have been jettisoned with the embrace and perpetuation of grossly and patently false propaganda; whereby delusion has become reality and reality has become delusion; whereby perversion has become the norm and the norm has become perversion; whereby women become men and men become women; whereby circumcision is called genital mutilation while castration and irreversible demasculinizing genital amputation of hapless indoctrinated boys and defeminization, including gross genital mutilation and mastectomy, of hapless indoctrinated girls are euphemistically celebrated as gender reassignment surgeries; whereby human dignity is subverted and the true essence of humanity is bastardized, as perversions and abominations are acclaimed and imposed on society as inevitable and mandatory "moral" progress!!! This is pure TYRANNY OF SATANISM, which, being engendered by Satan, is the ultimate unyielding, unrepentant and reprobate ABSOLUTE REBELLION AGAINST GOD!!!

## ACCOUNTABILITY AND JUSTICE FOR THIS UTTERLY HEINOUS AND UNCONSCIONABLE CRIME AGAINST HUMANITY

As has been proven incontestably, the Coronavirus Pandemic was contrived by the **self-appointed Global Elites** in collaboration with top scientists in the United States National Institute of Health and the Chinese Wuhan Institute of Virology by adding a **synthetic spike protein,** in a Gain of Function Research, to transform a preexisting hitherto harmless and non-transmissible-to-humans Coronavirus to become transmissible to humans with subsequent potentiation to be able to cause thrombosis (blood clots) in human lungs and thus become very lethal to humans!!! How can the general public **trust exclusively** the very people, who willfully, wickedly and satanically orchestrated the Coronavirus Pandemic to decimate and exterminate the global human population, to manufacture and mandate vaccines or other therapeutics to protect humanity against their bioweapon???!!! How can the general public repose any iota of trust in the same **self-appointed Global Elites** who have lied persistently, shamelessly and

unrepentantly about the origins of SARS-CoV-2 and the **evident inefficacy, harmfulness and lethality of their Messenger RNA Vaccines** that contain, propagate and metastasize the same extremely pathogenic and cytotoxic **synthetic spike protein** in their harmful and lethal bio-genetically engineered coronavirus??!!!? How can the general public repose any iota of trust in the same **self-appointed Global Elites** who have orchestrated the extremely concerted and high-handed suppression of the availability and use of very safe, effective and affordable life-saving therapeutics like Hydroxychloroquine and Ivermectin **in order to corruptly promote Big Pharma's very harmful and often deadly COVID Vaccines** and have thereby caused millions of otherwise avoidable COVID-19 deaths???!!!

**The perpetrators of this utterly heinous and unconscionable crimes against humanity** must be rejected and renounced in the strongest terms and immediately barred from public service and arrested, tried and punished commensurately for their unspeakable crimes against humanity. **The perpetrators of this utterly heinous and unconscionable crimes against humanity must be held accountable** to dispense a modicum of justice for the terribly victimized global human population and to ratify and codify internationally the DOCTRINE OF INVIOLABILITY (INALIENABILITY) OF THE GOD-GIVEN, INTERNATIONALLY RECOGNIZED AND CONSTITUTIONALLY GUARANTEED (PROTECTED) FUNDAMENTAL HUMAN RIGHTS OF EVERY PERSON IN ORDER TO DETER CRIMES AGAINST HUMANITY IN THE FUTURE!!!

## CONCLUSION

The Mandatory Vaccination Policy is patently the **framework and launching pad**, **in fulfillment of Biblical Prophecy**, for the establishment and imposition of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast** for the vicious and ruthless persecution of the people in the world who believe in God and choose to obey God and not compromise their faith to worship Satan. The Mandatory Vaccination Policy is clearly a **SATANIC POLICY** in furtherance and fulfillment of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast**, which every Child of God, particularly this Servant and Messenger of God, **must vehemently reject, resist and oppose!!**

Based on the information above, it is indisputable that I have been discriminated against so unconscionably and so viciously on the basis of **my sincerely held religious beliefs**, in egregious violation of Title VII of the Civil Rights Act of 1964 (as amended) as well as Article VI and the First, Fifth and Fourteenth Amendments of the Constitution of the United States and the Religious Freedom Restoration Act of 1993! **Very importantly, none of the COVID Vaccines has full FDA Approval; they have only received Emergency Use Authorization.** It is an unconscionable violation of the **Nuremberg Code** and a very serious Crime Against Humanity to mandate/force people to be injected with an experimental drug without their informed consent!!! Of superlative importance is that, by international law and conventions, as per the **Siracusa Principles** and the *International Covenant on Civil and Political Rights*, my God-given Human Right to Medical Freedom and Free and Informed Consent and therefore **refuse any medical treatment is sacrosanct and non-derogable (inviolable) under any conditions, even in time of emergency threatening the life of the nation or for the asserted purpose of preserving the life of the nation!!!** The Defendants are UNDENIABLY

CULPABLE for willful grievous violation of my inviolable constitutionally guaranteed (protected) and internationally recognized inalienable God-given fundamental human rights of the citizens of the United States (including New York State) to human dignity, individual liberty, due process, equal protection, religious freedom, freedom of conscience, medical freedom and free and informed consent!!! Ipso facto, the Defendants are INESCAPABLY LIABLE to provide me RESTITUTION in this regard!!!

The United States of America is regarded as the **beacon of liberty** for all nations and peoples of the world and it is aptly referred to as **The Land of the Free and the Home of the Brave**. Let all Americans rise up with utmost zeal to uphold and defend the noble ideal of liberty upon which the nation was founded and not allow the **Torch of Liberty** to be extinguished and thereby not allow mankind to be exterminated by the forces of evil!! As a Servant and Messenger of God and a medical doctor by professional training, it is my sacred duty to stand up against this great evil being perpetrated against humanity and **exhort everyone else in the world, particularly this and every other court of justice, to also stand up against this great evil!**

God bless this honorable court abundantly and strengthen it to stand up for God and humanity by protecting and advancing the **non-derogable inalienable God-given**, constitutionally protected and internationally recognized fundamental human rights of all individuals, including healthcare workers in the employment of the government, to Personal Sovereignty, Individual Liberty, Freedom of Conscience, Religious Liberty, Bodily Autonomy, Medical Freedom, Informed Consent and Religious Exemption from COVID-19 Vaccination and any other Vaccination.

## JURISDICTION

The United States District Court for the Southern District of New York encompasses the counties of **New York, Bronx, Westchester, Rockland, Putnam, Orange, Dutchess, and Sullivan** and draws jurors from those counties. The United States District Court for the Southern District of New York has jurisdiction for this complaint because the offices (headquarters) and business operations of the primary defendant, New York City Health & Hospitals Corporation who is plaintiff's employer, are located in the counties of New York and Bronx where plaintiff's employment and work station are (were) also located.

## DECLARATIONS SOUGHT:

On the basis of the self-evident and incontestable facts enunciated in this **historic Complaint**, Plaintiff, on behalf of himself and all of humanity, seeks from this honorable court the following declarations:

1. **The World Economic Forum is absolutely illegitimate as it neither has the consent of the citizens of the nations of the world nor is it even infinitesimally accountable to them!!**

2. The Coronavirus Pandemic was contrived by **self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum (WEF)**, in collaboration with **top scientists** in the United States National Institute of Health and the Chinese Wuhan Institute of Virology to tyrannically impose and enforce global mandatory vaccination with preplanned bio-genetically engineered Messenger RNA Pseudo Vaccines and Vaccine

Passports to launch their much-hyped **Great Reset** of the world's economy (New World Order) that includes a radical **World Depopulation Agenda** as one of its cardinal facets!!

3. COVID-19, otherwise called SARS-CoV-2, was manufactured in a laboratory (the Chinese Wuhan Institute of Virology) by adding an extremely pathogenic and cytotoxic **synthetic spike protein,** in a Gain of Function Research, to transform a preexisting hitherto harmless and non-transmissible-to-humans Coronavirus to become transmissible to humans with subsequent potentiation to be able to cause thrombosis (blood clots) in human lungs and thus become very lethal to humans!!!

4. The **self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum** then used their man-made Coronavirus Pandemic as a **pretext** to launch their pre-planned extremely harmful and deadly bio-genetically engineered Messenger RNA COVID Vaccines and executed a scheme to compel everyone in the world to take the Vaccines by their Global COVID Vaccine Mandate, in fulfillment of Biblical Prophecy, to establish and implement the continually anticipated, extremely dreaded, apocalyptic and utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast; to viciously and ruthlessly persecute the people of the world (Children of God) who choose to obey and worship God and refuse to compromise their faith to reject God and follow and worship the Devil!!!

5. The **self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum** have clandestinely executed a Global Coup against God and Humanity by essentially coopting the governments of the nations of the world into the **World Economic Forum** and establishing an Anti-God One World Government by which they have imposed their Totalitarian Global COVID Vaccine Mandate that denies everyone in the world their rights to employment, education, healthcare, travel and participation in socioeconomic activities to buy or sell any goods, food or services unless they are vaccinated (they have the Mark of the Beast)!!! **The World Economic Forum** has infiltrated and taken control of the corrupt Oligarchic Consortium of the governments of the nations of the world, the United Nations, World Health Organization, Mass Media, Big Corporations, Big Pharma, Big Tech Companies and Social Media Platforms to impose their utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast.

6. The general public, including patients in hospitals, have the right and responsibility to exercise their inalienable God-given, constitutionally guaranteed and internationally recognized fundamental human rights to bodily autonomy, medical freedom and informed consent to choose whether to be vaccinated or unvaccinated based on their personal determination of the benefits versus the risks of inoculation with the COVID Vaccines! The general public is also fully aware of the risk of contracting COVID-19 in the hospital setting and every person has ample opportunity to be vaccinated prior to any emergent hospitalization based on their personal determination of the benefits versus the risks of vaccination. **Consequently, the Burden of Vaccination must rightly be placed on the general public and patients in hospitals and must not be placed unjustly on healthcare workers!!!**

7. **Healthcare workers** do not lose their human dignity and inalienable God-given constitutionally guaranteed and internationally recognized fundamental human rights to medical freedom and informed consent by virtue of their noble professions that inexorably mandate them to inviolably uphold their patients' rights to medical freedom and informed consent that include the right to refuse even life-saving treatments, resuscitation and mechanical ventilatory support!

8. As has been long acknowledged by the CDC and the whole world, the COVID Vaccines do not prevent COVID-19 infection or transmission and that the current **prevalent variant of COVID-19** infects and kills vaccinated people predominantly and overwhelmingly!!

9. Whereas the term **"Vaccine"** is defined as **"a product that stimulates a person's immune system to produce immunity to a specific disease"**, the MRNA COVID Vaccines fall far short of meeting this **basic criterion for vaccines** as they have consistently failed woefully to produce immunity to COVID-19!! As a matter of fact, Dr. Robert Malone, who is credited with the invention of the MRNA technology, has forthrightly, consistently and unassailably insisted that the MRNA COVID Vaccines are not vaccines but gene therapies; in other words, they are gene editing and thus gene modifying therapeutic agents and/or products! The so called COVID Vaccines are therefore **not vaccines** by any stretch of the imagination!! Consequently, the United States Government, the **World Economic Forum\* (United Nations, World Health Organization, Rockefeller Foundation, Bill & Melinda Gates Foundation, Open Society, European Union, Vatican City, Klaus Schwab, Yuval Noah Harari, Bill Gates, George Soros, Pope Francis, Barack Obama, Ursula von der Leyen, Emmanuel Macron, Boris Johnson, Justin Trudeau, Scott Morrison, Anthony Albanese, Dr. Tedros Ghebreyesus, Dr. Francis Collins, Dr. Anthony Fauci, Dr. Peter Daszak, etcetera)**, all complicit pharmaceutical companies **(Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, etcetera),** all "Culpable" News Media Organizations (CNN, ABC, CBS, Fox News, NBC, MSNBC, CNBC, BBC, ITN, Associated Press, Reuters, Bloomberg, Time, Newsweek, USA Today, Wall Street Journal, New York Times, Washington Post, Chicago Tribune, Atlanta Journal-Constitution, Los Angeles Times, Boston Globe, etcetera), all "culpable" Social Media Platforms (Twitter, Facebook/Meta, Instagram, YouTube, etcetera), all "culpable" Big Tech Companies (Google/Alphabet, Amazon, etcetera), the Federation of State Medical Boards of the United States (FSMB), all "culpable" Medical and Healthcare Professionals Associations (American Hospital Association, American Medical Association, American Academy of Pediatrics, etcetera), and all complicit Medical Journals, Judges, Justices and Courts have singly and collectively committed **a monumental and extremely grievous fraud on all of humanity by intentionally falsely categorizing these products as vaccines and are therefore complicit in wrongfully compelling every person to receive them!!!**

10. **There is absolutely no legitimate scientific, medical, epidemiological or public health basis or benefit to mandate or administer the COVID Vaccines especially because published credible governmental and public health authorities' reports** from the United Kingdom, Denmark and other countries confirm that the COVID Vaccines are deadly and that the COVOD-19 Mortality Rates per hundred thousand are lowest among the unvaccinated in all age groups and linearly highest among the most vaccinated population!!!

11. The Global Vaccine Mandate of the World Economic Forum, the Vaccine Mandate(s) of the Joseph Biden led United States Government, the New York State Vaccine Mandate for Healthcare Workers, the New York City Vaccine Mandates and all other Vaccine Mandates in the world egregiously and atrociously violate international law, particularly the Nuremberg Code, the United Nations *Universal Declaration of Human Rights*, the **Siracusa Principles** and the *International Covenant on Civil and Political Rights*, which are ratified by the United States as well as enshrined in the Constitution, Laws and Criminal Code(s) of the United States!

12. **Pursuant to their well-known mantra: "You will own nothing and will be happy"**, **the illegitimate Transhumanist World Economic Forum zealously seeks to subjugate humanity electronically and convert all humans into dispensable robotic economic assets via Artificial Intelligence by means of forcibly injected or implanted Body-Computer-Interfaces;** **such that humans will own nothing while they, the self-appointed Transhumanist Global Elites, will own and control everything in the world!! This is Brazen Unmitigated Greed, Thievery, Selfishness, Wickedness, Arrogance, Tyranny and Satanism!!!**

13. The Vaccine Mandate Policy imposes death sentence (penalty) on everyone in the world who refuses vaccination; by denying all unvaccinated people their inalienable God-given, internationally recognized and constitutionally guaranteed fundamental human rights to employment and to buy or sell any product or services; as evidenced by the termination of employment of unvaccinated employees by employers and the outright prohibition of unvaccinated individuals from going to restaurants and other businesses to buy or access food, products or services. The Mandatory Vaccination Policy is utterly evil, obnoxious, destructive and unconscionable as it is not intended to save lives but intended to destroy lives and exterminate humanity; it is humanicidal. In essence and effect, the Vaccine Mandate is a Death Sentence! If the unvaccinated individuals are barred from employment, they will starve to death as they will not be able to earn income to buy food to eat; additionally, they will become homeless as they will be unable to afford home mortgages or rents!! Humanity is in the **stranglehold** of the World Economic Forum who compels them to choose between two deadly options; either take the deadly COVID Vaccine that will kill them or be excluded from all socioeconomic activities and starve to death!! **Consequently, the self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum, who are the architects of the coronavirus pandemic, the deadly COVID Vaccines and the COVID Vaccine Mandate, constitute an exceedingly grave existential threat to every human being in the world!!** This is exactly the fulfillment of the continually anticipated extremely dreaded, apocalyptic and **utterly tyrannical worldwide Regime of the Antichrist and the Mark of the Beast;** as all people, great and small, rich and poor, free and slave, will be unable to buy or sell unless they are vaccinated!!

14. The mandating of the utterly ineffective, harmful and deadly experimental Messenger RNA Pseudo Vaccines on the defenseless general public with concomitant guarantee of **absolute indemnity** for the manufacturers against liability for any and all injuries and deaths the vaccines may cause is proof of the existence of an **unconscionable Grand Criminal Humanicidal Conspiracy** by the culpable self-anointed Global Elites to decimate and exterminate the **global human population!!!**

15. The fact that the measures taken to control the coronavirus pandemic by a group of states in the United States are **diametrically opposed** to the measures taken by another group of states in the United States to control the same coronavirus pandemic is clear and incontestable proof that the Vaccine Mandates, Mask Mandates and lockdowns are patently and solely motivated by an un-American and anti-American tyrannical political ideology in **lockstep** with the **utterly satanic Transhumanist Globalist Agenda** being implemented by the **infinitely evil self-appointed Global Elites under the auspices of the World Economic Forum!!**

16. Public office holders of the United States (principally the president, federal and state justices and judges, federal and state legislators, governors, mayors and their surrogates) who make or cause the United States to **become subservient** to the utterly anti-human and humanicidal Transhumanist World Economic Forum are irredeemably guilty of High Treason and Very Serious Crimes Against Humanity!!! Public officers, governmental agencies and Healthcare Systems, such as Defendants, that mandate and promote the ineffective, harmful and deadly COVID Vaccines as "Safe and Effective" to the general public and employees are undeniably culpable and inescapably liable for the mounting astronomical count of injuries and deaths caused by these vaccines!!

17. The general public cannot and must not repose any iota of trust, particularly with respect to the treatment of COVID-19, in the same **infinitely evil and satanic self-appointed Global Elites under the auspices of the unaccountable and illegitimate World Economic Forum** who have orchestrated the extremely concerted and high-handed suppression of the availability and use of very safe, effective and affordable life-saving therapeutics like Hydroxychloroquine and Ivermectin **in order to corruptly promote their vested Big Pharma's very harmful and often deadly COVID Vaccines** and have thereby caused millions of otherwise avoidable COVID-19 deaths!!!

18. **The infinitely evil and satanic perpetrators of this utterly heinous and unconscionable crime against humanity must be rejected and renounced in the strongest terms and immediately barred from public service and arrested, tried and punished commensurately for their unspeakable crimes against humanity; in order to dispense a modicum of justice for the terribly victimized global human population.**

19. **Every human or earthly authority**, be it the World Economic Forum constituted by self-appointed Global Elites, the United Nations, World Health Organization, the Government of the United States, the Government of the State of New York, the Government of the City of New York or any of their agencies, **is infinitely subordinate to God- the Creator and Sovereign LORD of the Universe- whose authority is infinitely supreme over all human or earthly authority!**

20. The United States was (is) established on the self-evident truth and principle that every citizen of the United States and indeed every human being in the world is created by God and bestowed by God our Creator with intrinsic human rights that cannot and must not be taken away by any earthly authority or government. Accordingly, no President of the United States or United States Congress, State Governor in the United States, State Legislature in the United States, City Mayor in the United States or City Council in the United States shall deny, violate, suspend or abrogate any of the constitutionally guaranteed (protected) and internationally recognized **Inalienable God-given** fundamental human rights of the citizens of the United States and all other nations to individual liberty, religious freedom, freedom of conscience, medical freedom and free and informed consent **since no earthly governmental authority or agency remotely equates to, much less supersedes, the authority of God- the Creator and Sovereign LORD of the infinitely vast and unfathomable universe!!!**

21. The Supreme Court of the United States, the United States Circuit Courts of Appeals, the United States District Courts, the State Courts of United States, the President of the United States, the United States Congress, the United States Secretary of Health and Human Services,

the Governor of New York State, the New York State Department of Health, the Mayor of New York City and the New York City Health & Hospitals Corporation **have no constitutional or lawful authority** to violate, subvert, deny or nullify Plaintiff's and/or humanity's constitutionally guaranteed and internationally recognized inalienable God-given Personal Sovereignty and Human Rights to Religious Liberty, Freedom of Conscience, Bodily Autonomy, Medical Freedom, Free and Informed Consent and Reasonable Accommodation!!!

22. Any Executive Order promulgated by the President of the United States, a State Governor or Mayor, or any policy or regulation promulgated by the federal government or any State Government or Mayoral Office or any of their departments or agencies, or any law or edict enacted by Congress, a State Legislature or City Council, or any decision or judgement rendered by any court of law, including the Supreme Court of the United States, that contravenes or violates any provision or inalienable God-given fundamental human right of the citizens enshrined in the Constitution of the United States is ultra vires, null and void and of no effect!!

23. The New York State Vaccine Mandate for Healthcare Workers unquestionably and egregiously contravenes both the Constitution of the State of New York and the Constitution of the United States that strongly and inviolably protect Religious Liberty and Freedom of Conscience. The New York State Vaccine Mandate for Healthcare Workers is therefore ultra vires, null and void and of no effect, particularly pursuant to Section 11 of Article I (Bill of Rights) of the Constitution of the State of New York and Article VI of the U.S. Constitution!!

24. **The "Emergency Regulation"** that has been purportedly "adopted by the State of New York as a permanent regulation without a provision for religious exemption effective June 22, 2022" unquestionably and egregiously contravenes both the Constitution of the State of New York and the Constitution of the United States that strongly and inviolably protect Religious Liberty and Freedom of Conscience and is therefore ultra vires, null and void and of no effect, particularly pursuant to Section 11 of Article I (Bill of Rights) of the Constitution of the State of New York and Article VI of the U.S. Constitution!!

## RELIEFS SOUGHT:

On the basis of the **self-evident and incontestable facts enunciated in this historic Complaint**, on behalf of himself and all of humanity who are all victims of the **unlawful Vaccine Mandates** in New York State, the United States and throughout the World, Plaintiff hereby seeks from this honorable court the following **reliefs**:

1. Reinstatement of my employment with the New York City Health & Hospitals Corporation along with full benefits, arrears of salaries and entitled promotion.

2. Reinstatement of the employments of all other employees of the New York City Health & Hospitals Corporation, the City of New York, the State of New York and the United States Government, including all departments, agencies and military services, along with full benefits, arrears of salaries and entitled promotion.

3. **Personal Compensatory Damages of $5 billion** for the unconscionable violation of my human dignity and homicidal intent of the Vaccine Mandate and associated societal rejection, ostracism, vilification, villainization, deprivations and distresses.

**4. Compensatory and Deterrent Punitive Damages of $500 Billion** against Governor Kathy Hochul and the State of New York for High Crimes Against Humanity with humanicidal intent and premeditated humanicide (For All New York State Victims of the Vaccine Mandate).

**5. Compensatory and Punitive Damages of $20 Trillion** against President Joseph Biden and the United States Government for High Crimes Against Humanity with humanicidal intent and premeditated humanicide (For All Victims of the Vaccine Mandate in the United States)

**6. Compensatory and Deterrent Punitive Damages of $80 Trillion** against the **World Economic Forum\*** (United Nations, World Health Organization, Rockefeller Foundation, Bill & Melinda Gates Foundation, Open Society, European Union, Vatican City, Klaus Schwab, Yuval Noah Harari, Bill Gates, George Soros, Pope Francis, Barack Obama, Ursula von der Leyen, Emmanuel Macron, Boris Johnson, Justin Trudeau, Scott Morrison, Anthony Albanese, Dr. Tedros Ghebreyesus, Dr. Francis Collins, Dr. Anthony Fauci, Dr. Peter Daszak, etcetera) for High Crimes Against Humanity with humanicidal intent and premeditated humanicide (For All of Humanity who are all Victims of the Coronavirus Pandemic and the Vaccine Mandate/Vaccine Passport Policy)

**7. Compensatory and Deterrent Punitive Damages of $10 Trillion** against culpable pharmaceutical companies (Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, etcetera) for **intentionally, corruptly and falsely promoting the extremely harmful and deadly COVID Vaccines as "safe and effective" and thereby becoming accomplices and enforcers of the humanicidal COVID Vaccine Mandate,** and concomitant **Judicial Nullification of the absolute indemnity** the United States Government has traitorously and conspiratorially granted the **MRNA COVID Vaccine Manufacturers** against liability for any and all injuries and deaths the vaccines may cause, **in self-evident racketeering!**

**8. Compensatory and Deterrent Punitive Damages of $2 Trillion** against All "Culpable" News Media Organizations (CNN, ABC, CBS, Fox News, NBC, MSNBC, CNBC, New York Times, Washington Post, Chicago Tribune, Atlanta Journal-Constitution, Los Angeles Times, Boston Globe, etcetera), All "Culpable" Social Media Platforms (Twitter, Facebook/Meta, Instagram, YouTube, etcetera) and All "Culpable" Big Tech Companies (Google/Alphabet, Amazon, etcetera), for corruptly receiving millions of dollars as inducement from the United States Government and the culpable pharmaceutical companies (Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, etcetera) **to intentionally falsely promote the extremely harmful and deadly COVID Vaccines as "safe and effective" and thereby become accomplices and enforcers of the humanicidal COVID Vaccine Mandate!!**

**9. Compensatory and Deterrent Punitive Damages of $1 Trillion** against the Federation of State Medical Boards of the United States (FSMB) and All "Culpable" Medical and Healthcare Professionals Associations (American Hospital Association, American Medical Association, American Academy of Pediatrics, etcetera) for corruptly receiving monetary or other inducements from the United States Government and the culpable pharmaceutical companies (Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, etcetera) **to intentionally falsely promote the extremely harmful and deadly COVID Vaccines as "safe and effective" and thereby become accomplices and enforcers of the humanicidal COVID Vaccine Mandate!!**

**10. Compensatory and Deterrent Punitive Damages of $30 Trillion** against President Xi Jinping of China, the Chinese Communist Party (CCP) alternatively called Communist Party of China (CPC) and Wuhan Institute of Virology (WIV) for intentionally bioengineering the extremely harmful and lethal COVID-19 otherwise called SARS-CoV-2, in a Gain of Function Research, and intentionally spreading it around the world with humanicidal intent to decimate the global human population.

**11. Judicial Impaneling**, by this honorable court, of a **People's Court and Grand Jury**, with equivalent authority and scope of the **Nuremberg Court/Trials**, to investigate and adjudicate the infinitely evil and wicked Humanicidal Crimes Against Humanity perpetrated against all the nations and peoples of the world by the **World Economic Forum*** and all complicit traitorous governments of the nations of the world, governmental agencies, elected and unelected public office holders, the United Nations, World Health Organization, non-governmental organizations, pharmaceutical companies (**Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, etcetera),** news media organizations, Social media Platforms, Big Tech Companies, Medical Boards, Medical and Healthcare Professionals Associations, Medical Journals; Judges, Justices and Courts; to pronounce and execute commensurate judgements and punishments against the perpetrators!

**12. Judicial Impaneling**, by this honorable court, of a **People's Judiciary Accountability Court and Grand Jury**, to review all COVID Vaccine Mandate litigations and judicial opinions and/or decisions and impeach and remove all justices of the Supreme Court of the United States and all judges of the United States Circuit Courts of Appeals, the United States District Courts and the State Courts of United States who corruptly and cowardly violated their Judicial Oaths to defend the Constitution of the United States and the Constitutions of the relevant States by rendering judgements upholding the patently constitutionally flawed and egregiously unconstitutional Vaccine Mandates including the New York State Healthcare Workers Vaccine Mandate.

**JURY TRIAL DEMANDED.**

Respectfully,

**Ebipamone N. Nanakumo**
**On behalf of Himself and All of Humanity**
**(Plaintiff)**
Address: 6221 Blackberry Terrace, East Stroudsburg, PA 18301
Email Address: ebinana@att.net
Telephone Number: (570) 369-0530

**Defendants:**

1. New York City Health & Hospitals Corporation
Address: 50 Water Street, 17th Floor, New York, NY 10004
Attention: Sarah J. Arena, Esq., Associate Counsel
Email Address: Sarah.Arena@nychhc.org, Tel: 347-835-0805

2. Hon. Eric Adams, Mayor of New York City
Address: City Hall, New York, NY 10007
Email Address: Contact the Mayor | City of New York (nyc.gov); Tel: 212-639-9675

3. Hon. Kathy Hochul, Governor of New York State
Address: New York State Capitol Building, Albany, NY 12224
Email Address: Governor Contact Form | Governor Kathy Hochul (ny.gov)
Tel: 518-474-8390

4. Hon. Joseph Biden, President of the United States
Address: The White House, 1600 Pennsylvania Avenue, Washington, DC 20500-0001
Email Address: president@whitehouse.gov; Tel: 202-456-1414

5. World Economic Forum
Address: 350 Madison Avenue, New York, NY 10017, USA
Email Address: public.affairs@weforum.org; Tel: 212-703-2300

**Secondary and/or Allied Defendants:**

Vice President Kamala Harris of the United States, All "Culpable" Members of the United States Senate, All "Culpable" Members of the United States House of Representatives, All "Culpable" Governors of the United States, All "Culpable" Members of the State Assemblies, Houses of Representatives and Senates of the United States, All other "Culpable" Mayors of United States Cities and Towns, All "Culpable" Councilors of United States Cities and Towns, World Economic Forum* (United Nations, World Health Organization, Rockefeller Foundation, Bill & Melinda Gates Foundation, Open Society, European Union, Vatican City, Klaus Schwab, Yuval Noah Harari, Bill Gates, George Soros, Pope Francis, Barack Obama, Ursula von der Leyen, Emmanuel Macron, Boris Johnson, Justin Trudeau, Scott Morrison, Anthony Albanese, Dr. Tedros Ghebreyesus, Dr. Francis Collins, Dr. Anthony Fauci, Dr. Peter Daszak, etcetera), National Institute of Health, National Institute of Allergy and Infectious Diseases (NIAID), Food and Drug Administration (FDA), Center for Disease Control (CDC), Centers for Medicare and Medicaid Services (CMS), Occupational Safety and Health Administration (OSHA), Federal Bureau of Investigations (FBI), Central Intelligence Agency (CIA), Defense Advanced Research Projects Agency (DARPA), President Xi Jinping of China, Chinese Communist Party (CCP) alternatively called Communist Party of China (CPC), Wuhan Institute of Virology (WIV), Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, All "Culpable" News Media Organizations (CNN, ABC, CBS, Fox News, NBC, MSNBC, CNBC, BBC, ITN, Associated Press, Reuters, Bloomberg, Time, Newsweek, USA Today, Wall Street Journal, New York Times, Washington Post, Chicago Tribune, Atlanta Journal-Constitution, Los Angeles Times, Boston Globe, etcetera), All "Culpable" Social Media Platforms (Twitter, Facebook/Meta, Instagram, YouTube, etcetera), All "Culpable" Big Tech Companies (Google/Alphabet, Amazon, etcetera), Federation of State Medical Boards of the United States (FSMB), All "Culpable" Medical and Healthcare Professionals Associations (American Hospital Association, American Medical Association, American Academy of Pediatrics, etcetera), Medical Journals (Journal of the American Medical Association, New England Journal of Medicine, Lancet, etcetera), All "Culpable" State and Federal Judges of the United States, and All "Culpable" Justices of the Supreme Court of the United States.

## EVIDENTIARY ATTACHMENTS AND REFERENCES:

1. RELIGIOUS EXEMPTION FROM MANDATORY COVID-19 VACCINES (VACCINATION) STATEMENT

2. PASTORAL LETTER OF SUPPORT FOR RELIGIOUS EXEMPTION

3. RELIGIOUS EXEMPTION DECISION BY NYC HEALTH AND HOSPITALS

4. My Response to the Religious Exemption Decision by Email on October 15, 2021, with the Subject: "RE: RELIGIOUS EXEMPTION DECISION: THE SUPREMACY OF GOD OVER ALL HUMAN (GOVERNMENTAL) AUTHORITIES AND THUS THE INVIOLABILITY OF OUR GOD-GIVEN HUMAN RIGHTS": RESPONSE TO RELIGIOUS EXEMPTION DECISION

5. EEOC CHARGE OF EMPLOYMENT DISCRIMINATION FILED ON 06/15/2022

6. Respondent's Position Statement: Ebipamone+Nanakumo+EEOC+Respondent+Position+Statement+and+Exhibits.pdf.

7. REBUTTAL OF RESPONDENT'S POSITION STATEMENT TO EEOC CHARGE

8. ADDENDUM TO REBUTTAL OF RESPONDENT'S POSITION STATEMENT

9. Notice of Right to Sue from EEOC

10. Excerpt from Dr. Henry Kissinger's speech to the World Health Organization Council on Eugenics on the 25th of February 2009

11. CDC Changes Definition of Vaccine and Vindicates Alex Berenson. Web link: https://www.thegatewaypundit.com/2021/09/cdc-changes-definition-vaccine-vindicates-alex-berenson/.

12. 60% of senior citizens hospitalized with COVID were 'fully vaccinated': Medicare Report. https://www.lifesitenews.com/news/breaking-60-of-covid-hospitalizations-in-older-americans-among-fully-vaccinated-govt-data-reveals/.

13. Federal Judge Rules Religious Exemptions to Vaccine Mandates Must Be Allowed. https://www.westernjournal.com/federal-judge-rules-religious-exemptions-vaccine-mandates-must-allowed/.

14. Judge blocks medical worker vaccine mandate in NY State. Judge blocks medical worker vaccine mandate in NY state (apnews.com).

15. Decision of the Supreme Court of the United States on the 13th of January 2022: 21A240 Biden v. Missouri (01/13/2022) (supremecourt.gov).

16. CMS Shot Mandate Does Not Alter Medical and Religious Exemptions - Liberty Counsel (lc.org).

17. Unlawful Conditions for Religious Exemptions: ReligiousBeliefs.pdf (lc.org).

18. The Decision of the Fair Work Commission of Australia.

19. EXPLOSIVE VIDEO Emerges of Fauci and HHS Officials Plotting for 'A New Avian Flu Virus' to Enforce Universal Flu Vaccination (VIDEO). https://www.thegatewaypundit.com/2021/10/explosive-video-emerges-fauci-hhs-officials-plotting-new-avian-flu-virus-enforce-universal-flu-vaccination-video/.

20. Dr. Peter A. McCullough's full Speech to the American Association of Physicians and Surgeons on the 2nd of October 2021, titled: Winning the War Against Therapeutic Nihilism and the Rush to Replace Trusted Treatments with Untested Novel Therapies. https://rumble.com/vnbv86-winning-the-war-against-therapeutic-nihilism-and-trusted-treatments-vs-unte.html.

21. Horowitz: Dr. McCullough testifies in court that CMS data potentially signal much higher vaccine death toll. https://www.theblaze.com/op-ed/horowitz-dr-mccullough-testifies-in-court-that-cms-data-potentially-signal-much-higher-vaccine-death-toll.

22. [MUST-WATCH] YOU WON'T SEE THIS ON MSM! — HUGE BREAKING EXCLUSIVE! "They Told Me To Keep It Quiet" — NBA Player Got Blood Clot From COVID Vaccine That Might End His Entire Career. https://worthypolitics.com/must-watch-you-wont-see-this-on-msm-huge-breaking-exclusive-they-told-me-to-keep-it-quiet-nba-player-got-blood-clot-from-covid-vaccine-that-might-end-his-entire-career/.

23. Pfizer Admits Most People DO NOT NEED the Vaccine, 200 MILLION People are Naturally Immune. Pfizer Admits Most People DO NOT NEED the Vaccine, 200 MILLION People are Naturally Immune | The Red Elephants (gab.com).

24. HUGE: Uttar Pradesh, India Announces State Is COVID-19 Free Proving the Effectiveness of "Deworming Drug" IVERMECTIN (thegatewaypundit.com).

25. An Epidemic of the Vaccinated: Latest UK Data Shows Rate of Infection Among Vaxxed Exceeds Unvaxxed in Every Age Group Over 30. https://www.thegatewaypundit.com/2021/10/epidemic-vaccinated-latest-uk-data-shows-rate-infection-among-vaxxed-exceeds-unvaxxed-every-age-group-30/.

26. Report: HUNDREDS of Congressmen, Families, Staffers Received Successful Ivermectin, Preventative Covid Care – Never Told Public! https://www.infowars.com/posts/report-hundreds-of-congressmen-families-staffers-received-successful-ivermectin-preventative-covid-care-never-told-public/.

27. Confirmed Cases of COVID-19 in Sweden and Israel. Web link: Israel vs Sweden Coronavirus cases: day by day comparison (georank.org).

28. SHOCKING REVELATION -DOCTOR EXPOSES COVID BIOWEAPONS PROGRAM & REVEALS VACCINE WILL KILL MILLIONS. Web link: https://www.bitchute.com/video/vTFMMasGQPyb/.

29. The Truth About Why They Are in Such a Hurry to Jab Everyone!!! https://odysee.com/@stpierrs:f/The-Truth-about-Why-Are-They-in-Such-a-Hurry-to-JAB-EVERYONE2:a?fbclid=IwAR1oroEgpfsHWWxPR6DY3htm6woX3-QmyGBT4FM-tGVlw50eyp7zPXh-96Q.

30. The EEOC Updates Guidance Clarifying Mandatory COVID-19 Vaccinations Are Permitted Under Federal Law (sullcrom.com).

31. Cureus | Regular Use of Ivermectin as Prophylaxis for COVID-19 Led Up to a 92% Reduction in COVID-19 Mortality Rate in a Dose-Response Manner: Results of a Prospective Observational Study of a Strictly Controlled Population of 88,012 Subjects.

32. Whistleblower Physician Assistant Says NY Hospital Admissions Were 90% Vaccinated, Not Being Reported to VAERS (redvoicemedia.com).

33. Highly Vaccinated Israel Is Seeing A Dramatic Surge In New Cases : Goats and Soda : NPR.

34. 96% Of Germans With Omicron Were 'Fully Vaccinated,' 28% Triple Vaxxed, Only 4% Unvaxxed, Government Said In December - National File.

35. CDC: About 75 Percent of Omicron Cases Are in Fully Vaccinated People › American Greatness (amgreatness.com).

36. Whilst you've been distracted by Russia's Invasion, the UK Gov. released a Report confirming the Fully Vaccinated now account for 9 in every 10 Covid-19 Deaths in England – The Expose (expose-news.com).

37. Myocarditis Cases Reported After mRNA-Based COVID-19 Vaccination in the US From December 2020 to August 2021 | Vaccination | JAMA | JAMA Network.

38. What is Luciferase? - Emerald Robinson's The Right Way (substack.com).

39. COVID UPDATE: What is the truth? - PMC (nih.gov).

40. Fox News & Newsmax Took Biden Money To Push Deadly COVID Vaccines To Its Viewers (substack.com).

41. AMA joins health care experts in supporting OSHA COVID-19 vaccine mandates | American Medical Association (ama-assn.org).

42. Country with One of the Highest Vaccination Rates Has Highest Number of COVID Deaths Per Million People This Week --80% of Serious Cases are Fully Vaccinated (thegatewaypundit.com).

43. Two Shots Worse Than One, Three Shots Worse Than Two: Every Pillar Defending This Jab Has Fallen [VIDEOS] (redvoicemedia.com).

44. Idaho doctor reports "20 times increase" in cancer among those "vaccinated" for Covid, *Natural News,* 2021, Sept 14: https://www.naturalnews.com/2021-09-14-idaho-doctor-20times-increase-cancer-vaccinated-covid.html.

45. Hospitals are now requesting and requiring COVID-19 infected and positive COVID-vaccinated nurses and other healthcare workers to stay on the job.

46. UK Government confirms COVID Vaccines are deadly as they reveal Mortality Rates per 100k are lowest among the Unvaccinated in all Age Groups – The Expose (expose-news.com).

47. Life Insurance CEO Says Deaths Up 40% Among Those Aged 18-64 - Invesbrain.

48. "Ethically Unjustifiable" - Scientists from Harvard & Johns Hopkins Found Covid-19 Vaccines 98 Times Worse Than the Virus (thegatewaypundit.com).

49. Another Study Finds COVID-19 Vaccine Effectiveness Turns Negative Within Months: https://www.theepochtimes.com/mkt_app/another-study-finds-covid-19-vaccine-effectiveness-turns-negative-within-months_4816368.html.

50. Health care workers fired over vaccine mandate awarded $10 million in settlement | Fox Business.

51. CDC Quietly Drops Vaccine-Status Discrimination - Finally Admits Their Vaccines Do Not Prevent Anyone from Getting or Spreading the Virus (thegatewaypundit.com).

52. PLANET LOCKDOWN | W.H.O WHISTLE BLOWER ASTRID STUCKELBERGER | GLOBAL CORRUPTION: Planet Lockdown | W.H.O Whistle Blower Astrid Stuckelberger | Global Corruption (bitchute.com).

53. World Council for Health Calls for an Immediate Stop to the Covid-19 Experimental "Vaccines": WCH Calls for an Immediate Stop to Covid-19 "Vaccines" | World Council for Health.

54. The Hippocratic Oath.

55. Title VII of the Civil Rights Act of 1964.

56. THE NUREMBERG CODE[1] and THE NUREMBERG CODE[2].

57. The *Universal Declaration of Human Rights*.

58. The Siracusa Principles.

59. The *International Covenant on Civil and Political Rights*.

60. The United States Declaration of Independence.

61. The Constitution of the United States.

62. The Great Reset

63. The ID 2020 Project

64. Man-made Satanic Global Coronavirus Pandemic Plan

65. Rockefeller Lockstep 2010 was Blueprint for 2020 COVID-19 Pandemic – The Millennium Report

66. Transcript-the-covid-plan_rockefeller-lockstep-2010.pdf (wordpress.com).

67. Operation Lockstep

68. Rockefeller's '2010 Operation Lockstep' Predicted 2020 'Lockdown'

69. Gain of Function Research

70. Transhumanism[1] and Transhumanism[2]

71. TRANSHUMANISM IS THE TYRANNY OF SATANISM IN FULL DISPLAY TRANSHUMANISM IS THE TYRANNY OF SATANISM IN FULL DISPLAY!!! | Message From The Creator

72. WORLD GOVERNMENT SUMMIT: Annual Gathering | World Government Summit

73. **Evil is Upon Us**. NUN GOES OFF SCRIPT - "Evil is upon us" (bitchute.com) / Nun Gives Dire Prediction: Evil is Upon Us! We Will Soon Experience What We've Never Imagined! - YouTube  https://youtu.be/3zpAUJ_LRtQ

74. "A Global Coup Has Been Carried Out Across the World - Has Destroyed the Very Foundations of the Rule of Law" - Archbishop Vigano's Message to America (Transcript and Audio) (thegatewaypundit.com)

75. COVID-19: A Second Opinion

76. Stew Peters' Documentary - Died Suddenly (screencast-o-matic.com)

77. Project Veritas: Former DARPA Fellow Pens Letter Exposing Gov't Secrets - UncoverDC

78. Bombshell Cover-Up: Cancer Diagnoses in the Military Rose Over THREE-FOLD Since Jabs Were Introduced ★ 🔔 The Liberty Daily

79. Hearings On Fauci's Gain Of Function Show Massive Crimes Against Humanity: https://www.redvoicemedia.com/2022/08/hearings-on-faucis-gain-of-function-show-massive-crimes-against-humanity-videos/

80. Scientist Tells Senate: Dr. Fauci Lying About Coronavirus Research In China: https://www.wnd.com/2022/08/scientist-tells-senate-dr-fauci-lying-coronavirus-research-china/

81. Dr. Robert Malone Smacks Down Fauci and Says The Vaccine Is An Attack By The CCP: https://www.bitchute.com/video/CIYycakKYu7Z/

82. Pandemic of the Vaccinated: Wall Street Journal Provides Troubling Data Suggesting COVID Vaccines 'May be' Causing COVID Variants to Evolve: https://www.thegatewaypundit.com/2023/01/pandemic-vaccinated-wsj-reports-covid-vaccines-may-causing-covid-variants-evolve/

83. German study finds that COVID-19 vaccines perpetuated the pandemic and caused immune system failure: https://www.naturalnews.com/2023-01-04-german-study-finds-covid19-vaccines-perpetuated-pandemic.html

84. NY Gov. Hochul says vaccines are 'from God,' sends out her own 'apostles' to push jabs | Fox News

85. Pope Francis Tells Christians Not to Try to Convert Nonbelievers (breitbart.com)

86. President Biden Says United States Must Lead 'New World Order': https://youtu.be/ogpbaU0-bN4

87. Biden Says: The 'Affirmative Task' before us is to 'Create a New World Order': https://youtu.be/b1AMYHHAXhI

88. The Great Reset: And the War for the World: Amazon.com: The Great Reset: And the War for the World: 9781510774049: Jones, Alex: Books

89. Amazon.com: The Bodies of Others: The New Authoritarians, COVID-19 and The War Against the Human: 9781737478560: Wolf, Naomi: Books

90. Lies My Gov't Told Me: And the Better Future Coming (Children's Health Defense): Malone, Robert W.: 9781510773240: Amazon.com: Books

91. The Great Reset: Global Elites and the Permanent Lockdown - Marc Morano - Google Books

92. The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health (Children's Health Defense): Kennedy Jr., Robert F.: 9781510766808: Amazon.com: Books

93. Robert F. Kennedy Jr. on The Real Anthony Fauci: Bill Gates, Big Pharma, and the Global War on Democracy and Public Health | Frank Speech the Home of Free Speech

94. Big Pharma, Gates, Fauci, UK officials accused of crimes against humanity in complaint to International court - LifeSite (lifesitenews.com)

95. Dr. Andrew G. Huff: The Truth about Wuhan: How I Uncovered the Biggest Lie in History: Huff, Dr. Andrew G.: 9781510773882: Amazon.com: Books

96. TGP's Jim Hoft Interviews EcoHealth Whistleblower Dr. Andrew Huff on the Origin of COVID-19 - Worked for and Reported to Dr. Daszak at EcoHealth: https://www.thegatewaypundit.com/2022/10/breaking-big-ecohealth-whistleblower-dr-andrew-huff-provides-evidence-covid-19-created-wuhan-lab-worked-reported-dr-daszak-ecohealth/

97. Biotech analyst Karen Kingston unveils PATENTS and documents describing the Covid Vaccine 5G link, biosynthetic AI nanotech, "soft actuators" and NEUROWEAPONS implanted with needles: https://dcdirtylaundry.com/biotech-analyst-karen-kingston-unveils-patents-and-documents-describing-the-covid-vaccine-5g-link-biosynthetic-ai-nanotech-soft-actuators-and-neuroweapons-implanted-with-needles/

98. DOCTOR TESTIFIES UNDER OATH OF PERJURY THAT THEY CREATED COVID AS A BIOWEAPON: https://www.bitchute.com/video/ze1Ycyy59Ibs/

99. MEP Christine Anderson Blows up on the Vaccine Agenda: "I Will Not Inject a Poisonous Substance into My Body": MEP Christine Anderson Blows up on the Vaccine Agenda: "I Will Not Inject a Poisonous Substance into My Body" [VIDEO] (redvoicemedia.com)

100. EU Parliament Member Calls COVID-19 Jab Campaign the "WORST Crime Ever Committed on Humanity": https://welovetrump.com/2022/07/26/watch-eu-parliament-member-calls-covid-19-jab-campaign-the-worst-crime-ever-committed-on-humanity/

101. French Politician and Ex-Presidential Candidate Jean Lasalle Says COVID Vaccine Nearly Killed Him - Claims Macron and Others Faked their Vax Status: https://www.thegatewaypundit.com/2022/10/french-politician-ex-presidential-candidate-jean-lasalle-says-covid-vaccine-nearly-killed-claims-macron-others-faked-vax-status/

102. **Pfizer exec confesses vaccine never even tested on stopping transmission:** https://www.wnd.com/2022/10/pfizer-exec-confesses-vaccine-never-even-tested-stopping-transmission/

103. Dr. Aseem Malhotra: This Has Been the Greatest Miscarriage of Medical Science: https://www.redvoicemedia.com/video/2022/10/dr-aseem-malhotra-this-has-been-the-greatest-miscarriage-of-medical-science/

104. DOCTORS AROUND THE WORLD ISSUE DIRE WARNING: DO NOT GET THE COVID VACCINE!! https://www.brighteon.com/fa420c1d-e558-4761-a502-8fca1fb3eb4b

105. FIGHTING FOR OUR LIVES - WE MUST UNITE, DR. VERNON COLEMAN: https://www.brighteon.com/b328e489-f525-45d3-9b06-e38452b6a095

106. We Are Victims of the Greatest Crime in History - Dr. Vernon Coleman: https://www.brighteon.com/2303d9ea-fe5d-44f8-b16c-3be97c4c9f5a

107. Bill Gates And His Depopulation Plan: https://www.brighteon.com/ed39e788-8141-4a2a-8bbc-11fbcf4b2026

108. It's Starting, Bill Gates Announces the Next Pandemic Date | StarCrestSoloist (gab.com)

109. Elon Musk Says 'Conspiracy Theories About Twitter Turned Out To Be True' 'Conspiracy theories about Twitter turned out to be true' | RT (gab.com)

110. 'Some Conspiracies Are Actually True': Elon Musk Reveals Secret Pfizer Operation to Censor Vaccine Critics: https://beckernews.com/musk-files-48472/

111. Evidence the FDA and the White House Knew the Vax was going to Kill Millions: https://tv.gab.com/channel/starcrest/view/evidence-the-fda-and-the-white-63af695ee17ec883de5f2b14

112. STATE SENATORS AND FRONTLINE DOCTORS HAVE ALL THE EVIDENCE TO INDICT CDC OFFICIALS FOR VIOLATING FEDERAL LAW AND FILE UNPRECEDENTED GRAND JURY PETITION -- HERE'S WHAT THE CDC IS DOING TO GET AWAY WITH MASS MURDER: https://www.thegatewaypundit.com/2022/09/watch-state-senators-frontline-doctor-evidence-indict-cdc-officials-violating-federal-law-file-unprecedented-grand-jury-petition-cdc-get-awa/

113. Pharma Insider Reveals Irrefutable Evidence of Conspiracy to Commit Mass Murder by the US DoD, HHS, and Pharma Cartel Via the COVID Injections in New In-Depth Presentation: https://senseoreceptornews.com/?p=15980

114. WEF Declare Humans Who Wish To Live Must Become Batteries For AI - News Punch

115. Human Rights Lawyer Anna Bouisseret Explains Who Will Be Held Liable Under The Law!!

116. Opening Statement Of German Attorney-At-Law Dr. Reiner Fuellmich To The Grand Jury Investigating The Greatest And Most Heinous Crime Against Humanity By The Self-Appointed Global Elite Who Satanically Created The Coronavirus Pandemic And The Deadly MRNA Vaccines To Exterminate Humanity!!!

117. NEW YORK STATE SUPREME COURT DELIVERS MAJOR BLOW TO EMPLOYERS BY REINSTATING ALL EMPLOYEES FIRED FOR BEING UNVACCINATED:

https://www.lawofficer.com/new-york-supreme-court-delivers-blow-employers-reinstating-employees-fired-unvaccinated/

118. THE SUPREMACY OF GOD OVER ALL HUMAN GOVERNMENTS (EARTHLY AUTHORITIES) AND THUS THE INVIOLABILITY OF OUR GOD-GIVEN HUMAN RIGHTS | Message From The Creator

119. HOMOSEXUALITY PROVOKES THE WRATH OF GOD!!! LET THE WORLD UNDERSTAND!!! LET THE WORLD REPENT!!! - YouTube

120. PRESIDENT BARACK OBAMA WINS RACE A SECOND TIME | Message From The Creator

121. GOD REBUKES "DRUNKEN" AND OUT-OF-MIND PRESIDENT BARACK OBAMA AND ASKS HIM TO REPENT OF VALIDATING AND PROMOTING HOMOSEXUALITY AND GAY MARRIAGE | Message From The Creator

122. GOD AFFIRMS DONALD TRUMP AS PRESIDENT OF THE UNITED STATES AND REVEALS THAT HE WILL HAVE A SLOW START BUT WILL SUCCEED BEYOND EXPECTATION: OUTCOME OF THE 2016 UNITED STATES PRESIDENTIAL ELECTION WAS A SOVEREIGN ACT OF GOD TO STOP PRESIDENT BARACK OBAMA'S SATANIC AGENDA: https://www.franksocial.com/s/ODE1NjQ2

123. GOD REVEALS THAT JOSEPH BIDEN LOST THE 2020 UNITED STATES PRESIDENTIAL ELECTION BUT FORMER PRESIDENT BARACK OBAMA WORKED BEHIND THE SCENES TO INSTALL JOSEPH BIDEN ILLEGITIMATELY AS PUPPET PRESIDENT AND THAT FORMER PRESIDENT BARACK OBAMA IS THE PERSON RUNNING THE ILLEGITIMATE JOSEPH BIDEN ADMINISTRATION FROM BEHIND THE SCENES!!! https://www.franksocial.com/s/NjU3Mjg1

124. JESUS CHRIST AND HOMOSEXUALITY | Message From The Creator

125. APOCALYPTIC REGIME OF THE ANTICHRIST AND THE MARK OF THE BEAST: Revelation 13 NIV - The Beast out of the Sea - The dragon - Bible Gateway

**APPENDIX: AGENTS AND ALLIED MEMBERS OF THE WORLD ECONOMIC FORUM**

For the purpose of this litigation, the following entities and persons, by aligning themselves, by virtue of their positions of authority and public trust and influence, with the New World Order Agenda and Goals of the World Economic Forum and working in lockstep solidarity with the World Economic Forum to advance, execute and perpetrate its infinitely evil and humanicidal Mandatory Universal Vaccination Policy instead of **rightly** opposing and resisting it, are deemed **agents and allied members of the World Economic Forum** and are thus culpable and liable, singly and collectively, as **co-conspirators** with the World Economic Forum:

President Joseph Biden of the United States, Vice President Kamala Harris of the United States, All "Culpable" Members of the United States Senate, All "Culpable" Members of the United States House of Representatives, All "Culpable" Governors of the United States, All "Culpable" Members of the State Assemblies, Houses of Representatives and Senates of the United States, All other "Culpable" Mayors of United States Cities and Towns, All "Culpable" Councilors of United States Cities and Towns, World Economic Forum* (United Nations, World Health Organization, Rockefeller Foundation, Bill & Melinda Gates Foundation, Open Society, European Union, Vatican City, Klaus Schwab, Yuval Noah Harari, Bill Gates, George Soros, Pope Francis, Barack Obama, Ursula von der Leyen, Emmanuel Macron, Boris Johnson, Justin Trudeau, Scott Morrison, Anthony Albanese, Dr. Tedros Ghebreyesus, Dr. Francis Collins, Dr. Anthony Fauci, Dr. Peter Daszak, etcetera), National Institute of Health, National Institute of Allergy and Infectious Diseases (NIAID), Food and Drug Administration (FDA), Center for Disease Control (CDC), Centers for Medicare and Medicaid Services (CMS), Occupational Safety and Health Administration (OSHA), Federal Bureau of Investigations (FBI), Central Intelligence Agency (CIA), Defense Advanced Research Projects Agency (DARPA), President Xi Jinping of China, Chinese Communist Party (CCP) alternatively called Communist Party of China (CPC), Wuhan Institute of Virology (WIV), Pfizer, BioNTech, Moderna, AstraZeneca, Johnson & Johnson, Janssen, All "Culpable" News Media Organizations (CNN, ABC, CBS, Fox News, NBC, MSNBC, CNBC, BBC, ITN, Associated Press, Reuters, Bloomberg, Time, Newsweek, USA Today, Wall Street Journal, New York Times, Washington Post, Chicago Tribune, Atlanta Journal-Constitution, Los Angeles Times, Boston Globe, etcetera), All "Culpable" Social Media Platforms (Twitter, Facebook/Meta, Instagram, YouTube, etcetera), All "Culpable" Big Tech Companies (Google/Alphabet, Amazon, etcetera), Federation of State Medical Boards of the United States (FSMB), All "Culpable" Medical and Healthcare Professionals Associations (American Hospital Association, American Medical Association, American Academy of Pediatrics, etcetera), Medical Journals (Journal of the American Medical Association, New England Journal of Medicine, Lancet, etcetera), All "Culpable" State and Federal Judges of the United States, and All "Culpable" Justices of the Supreme Court of the United States

The term **"culpable"** refers to the entities and persons who used their positions of authority and public trust and influence to advance, execute and perpetrate the infinitely humanicidal Mandatory Universal Vaccination Policy of the World Economic Forum instead of **rightly** opposing and resisting it.

**Dated the 11th Day of January 2023**