```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/10/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EBIPAMONE N. NANAKUMO,

                      Plaintiff,

-against-

NEW YORK CITY HEALTH & HOSPITALS CORP.; DR. MITCHELL KATZ; DR. JOSE A. PAGAN,

                      Defendants.

23-CV-00314 (ALC)

**ORDER OF SERVICE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131, alleging that his employer discriminated against him based on his religion. By order dated January 17, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the second amended complaint until the Court reviewed the second amended complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants New York City Health & Hospitals Corp., Dr, Mitchell Katz, and Dr. Jose A. Pagan through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the second amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for New York City Health & Hospitals Corporation, Dr. Mitchell Katz, and Dr. Jose A. Pagan, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further instructed to mail an information package to Plaintiff.

**SO ORDERED.**

**Dated:   August 10, 2023**
         **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**

**DEFENDANTS AND SERVICE ADDRESSES**

1. NYC Health + Hospitals Corp.
   50 Water Street, 17th Floor
   New York, New York 10004

2. Dr. Mitchell Katz
   NYC Health + Hospitals
   50 Water Street, 17th Floor
   New York, New York 10004

3. Dr Jose A. Pagan
   NYC Health + Hospitals
   50 Water Street, 17th Floor
   New York, New York 10004