USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/1/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| NANAKUMO | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| NEW YORK CITY HEALTH & | : |
| HOSPITALS CORPORATION, | : |
| Defendant. | : |

23-cv-00314 (ALC)

**ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Conference:

- **February 22, 2024:** Plaintiff is hereby **ORDERED** to file an amended complaint by this date.
- **March 14, 2024:** Defendant is hereby **ORDERED** to file a status report informing the Court of how they wish to proceed.s

**SO ORDERED.**

**Dated:  February 1, 2024**
       **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**