**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/8/2024

------------------------------------------------------------x

NANAKUMO                                     :
                                             :
                            Plaintiff,       :
                                             :    23-cv-00314 (ALC)
            -against-                        :
                                             :    **ORDER**
NEW YORK CITY HEALTH &                       :
HOSPITALS CORPORATION,                       :
                            Defendant.       :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

For the avoidance of doubt, the Court clarifies the motion to dismiss briefing schedule as follows:

- **May 28, 2024:** Plaintiff is hereby **ORDERED** to file his Opposition by this date.
- **June 4, 2024:** Defendants are hereby **ORDERED** to file their Reply by this date.

**SO ORDERED.**

**Dated:  May 8, 2024**
         **New York, New York**                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**