USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

**NANAKUMO,**

                  **Plaintiffs,**

-against-

**NEW YORK CITY HEALTH & HOSPITALS CORPORATION,** *et al.***,**

                  **Defendants.**

**23-CV-00314**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    This Court will hold a telephonic conference on **July 16th, 2024 at 4:00 PM Eastern Time**.

The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    **July 1, 2024**
            **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**