

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRANDON WEISMAN<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Phone: (212) 356-2286<br>Email: bweisman@law.nyc.gov |

November 7, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The telephone conference currently scheduled for November 10, 2025, is adjourned to Thursday, November 13, 2025 at 11:00 a.m. EDT. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

SO ORDERED.
Dated: November 7, 2025           /s/ Stewart D. Aaron

Re: Ebipamone N. Nanakumo v. New York City Health & Hospitals Corp., et al., 23-CV-00314 (ALC) (SDA)

Dear Magistrate Judge Aaron:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants New York City Health & Hospitals Corporation ("H+H"), Dr. Mitchell Matz, Dr. Jose A. Pagan, Yvette Villanueva, Christopher Roker, and Barbara Marrero in the above-referenced action. I write to respectfully request that the court appearance scheduled for November 10, 2025, be adjourned to another date convenient for the court. See ECF DKT 100. Plaintiff consents to this request.

I seek the adjournment because I have an all-day mediation on November 10th for the matter Greene v. City of New York, et al., 25-CV-0887 (ALC) (RFT) (S.D.N.Y.), which was scheduled prior to this Court's November 5, 2025 Order scheduling a telephone conference in this instant action. I also have an all-day mediation on November 12th for Hardy v. City of New York, et al., 25-CV-5323 (DEH) (KHP) (S.D.N.Y.) and an oral argument the morning of November 17th for Richardson v. The City of New York, et al., Index No. 706940/2024 (Sup. Ct. Queens Co.). Accordingly, I would request that the conference be adjourned to dates other than November 12th and 17th.

Respectfully submitted,

/s/
Brandon Weisman
Assistant Corporation Counsel

CC: **Ebipamone N. Nanakumo** (by ECF)
*Pro se Plaintiff*