UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ebipamone N. Nanakumo,<br><br>                                    Plaintiff,<br><br>        -against-<br><br>New York City Health & Hospitals Corporation, et al.,<br><br>                                    Defendants. | 1:23-cv-00314 (ALC) (SDA)<br><br>ORDER FOLLOWING<br>TELEPHONE CONFERENCE |

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1. *Pro se* Plaintiff hereby is granted leave to take depositions of each of the five individual defendants currently named in this action (*i.e.*, Barbara Marrero, Christopher A. Roker, Dr. Jose A. Pagan, Dr. Mitchell Katz and Yvette Villanueva) at the courthouse with the Court providing recording equipment to Plaintiff.

2. Plaintiff shall have up to three hours to depose each of the defendants listed in paragraph 1.

3. Plaintiff shall contact Rigoberto Landers at (212) 805-4779 to arrange for a room to be made available at the courthouse on a date or dates that is or are convenient to the Court and each of the defendants who will be deposed.

4. If Plaintiff wishes to use the deposition testimony of any single witness as evidence, he shall arrange at his own expense to have a certified transcript made of the entirety of the recording for that particular witness.

5. Defense counsel may arrange to have his own recording and/or certified transcription of the deposition testimony made at Defendants' expense.

**SO ORDERED.**

Dated:    New York, New York
November 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge