**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ebipamone N. Nanakumo,

                        **Plaintiff,**

        **-against-**

New York City Health & Hospitals
Corporation, et al.,

                   **Defendants.**

**1:23-cv-00314 (ALC) (SDA)**

**ORDER SCHEDULING**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Tuesday, February 24, 2026, at 11 a.m. to discuss the status of discovery in this case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:     New York, New York
           February 17, 2026

                                 *Stewart d. aaron*
                            _____
                            STEWART D. AARON
                            United States Magistrate Judge