**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ebipamone N. Nanakumo,**

**Plaintiff,**

**-against-**

**New York City Health & Hospitals Corporation, et al.,**

**Defendants.**

**1:23-cv-00314 (ALC) (SDA)**

**ORDER FOLLOWING TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, at which Plaintiff appeared *pro se* and counsel for the City also appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1.      No later than Tuesday, March 3, 2026, Plaintiff shall respond to Defendants' email, dated February 24, 2026, proposing any new or adjusted ESI search terms. The parties thereafter shall meet and confer to seek to reach agreement. If, by Tuesday, March 10, 2026, the parties have not come to an agreement regarding search terms, the City shall file a joint letter setting forth any disputes. The Court will then either schedule a call or issue an order to resolve the disputes.

2.      No later than Tuesday, March 3, 2026, the City shall provide Plaintiff with the dates when Ms. Marrero is available for a deposition. Ms. Marrero shall testify in her individual capacity and as a designee under Rule 30(b)(6) of the Federal Rules of Civil Procedure with regard to the knowledge and information of the remaining Defendants (Katz, Pagan, Roker, and Villanueva) concerning the allegations in Plaintiff's Fourth Amended Complaint. Following Ms. Marrero's

deposition, Plaintiff may apply to the Court to take testimony from one or more of the other

Defendants, and the City may object to any such application.

**SO ORDERED.**

Dated:        New York, New York
              February 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge