**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ebipamone N. Nanakumo,<br><br>               **Plaintiff,**<br><br>    **-against-**<br><br>New York City Health & Hospitals Corporation, et al.,<br><br>               **Defendants.** | **1:23-cv-00314 (ALC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter, dated March 4, 2026 (ECF No. 125), regarding the deposition of Defendant Barbara Marrero. The deposition will proceed on Tuesday, March 24, 2026, commencing at 9:00 a.m. in courtroom 11C.

As previously stated in the Court's Order, dated February 24, 2026 (ECF No. 121), Ms. Marrero shall testify in her individual capacity and as a designee under Rule 30(b)(6) of the Federal Rules of Civil Procedure with regard to the knowledge and information of the remaining Defendants (Katz, Pagan, Roker, and Villanueva) concerning the allegations in Plaintiff's Fourth Amended Complaint. Following Ms. Marrero's deposition, Plaintiff may apply to the Court to take testimony from one or more of the other Defendants, and the City may object to any such application.

**SO ORDERED.**

Dated:     New York, New York
            March 6, 2026

 

_____
STEWART D. AARON
United States Magistrate Judge