**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| Ebipamone N. Nanakumo, <br><br>                             **Plaintiff,** <br><br>            **-against-** <br><br> New York City Health & Hospitals Corporation, et al., <br><br>                           **Defendants.** |

**1:23-cv-00314 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Letter Motion for expansion of the date range for ESI search terms, dated March 3, 2026 (ECF No. 124), as well as the City's Letter Motion on the discovery dispute regarding ESI search parameters (ECF No. 128) and Plaintiff's letter in opposition (ECF No. 129), both dated March 10, 2026. Plaintiff's Letter Motion and the City's Letter Motion are hereby GRANTED IN PART and DENIED IN PART.

Based upon the Court's review of the Fourth Amended Complaint (ECF No. 84), various documents in the Court record (*see e.g.*, ECF No. 29) and Judge Carters Opinion & Order, dated March 26, 2025 (ECF No. 68), the Court, in its discretion, finds that emails dating back to May 30, 2019 (the date of Plaintiff's letter to Defendant Barbera Marrero, ECF No. 29) should be included in the City's search. Accordingly, the City is ORDERED to conduct a diligent search for emails dating back to May 30, 2019, and to produce them as soon as reasonably practicable. Once the emails have been produced and reviewed by Plaintiff, Plaintiff can seek permission from the Court to widen the search parameters to encompass dates further back in time, if there is a basis in the emails that are produced for doing so.

Plaintiff has the option to reschedule the deposition, currently scheduled for Tuesday, March 24, 2026, to await the City's responsive emails. Alternatively, Plaintiff may proceed with taking the deposition on March 24; however, once the deposition has taken place, it will not be reopened on the basis of such emails. In other words, in the event that the emails are not produced by March 24 (which the Court believes is likely), Plaintiff will forgo the opportunity to examine Ms. Marrero regarding any emails produced that are not already in Plaintiff's possession.

**SO ORDERED.**

Dated:     New York, New York
           March 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2