**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ebipamone N. Nanakumo,

                                            **Plaintiff,**

          **-against-**

New York City Health & Hospitals
Corporation, et al.,

                                            **Defendants.**

**1:23-cv-00314 (ALC) (SDA)**

**ORDER FOLLOWING**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which Plaintiff appeared *pro se* and counsel for the City also appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1. No later than Friday, June 5, 2026, the parties shall file cross-motions for summary judgment, supported by Rule 56.1 statements and memoranda of law.[1] Plaintiff shall familiarize himself with this Court's local rules, available at the following link: https://nysd.uscourts.gov/rules. Plaintiff is also advised that he may fill out the intake form at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ if he wishes to make use of the City Bar Justice Center's free, limited-scope legal assistance provided to self-represented parties in civil cases.

---

[1] Plaintiff's motion shall replace and supersede the previous motion, filed on January 20, 2026 (ECF No. 106), and thus shall include any and all previous arguments raised in the prior motion that he would like the Court to consider.

2. No later than three business days after the parties' filings, the parties shall meet and confer and, no more than two business days later, shall file a joint letter setting forth a proposed briefing schedule. If the parties cannot agree on a briefing schedule, they shall set forth their respective positions in the joint letter.

**SO ORDERED.**

Dated:  New York, New York
        April 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge